DEFENDANT: 1. GEORGE H. ASKEW

YEARS OF BIRTH: 1973, 1975

ADDRESS: Denver, Colorado

COMPLAINT FILED: ____YES __X___ NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER: ____________________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___YES __X___ NO

OFFENSE:

Count One: Possession with Intent to Distribute More than 28 Grams of Crack Cocaine
21 U.S.C. § 841(a)(1) and (b)(1)(B)

Count Two: Prohibited Person in Possession of Firearm
18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Three: Using a Residence for the Purpose of Distributing Controlled Substance
21 U.S.C. § 856(a)(1) and (2) and (b)

Count Four: Possession of Firearm in Furtherance of Drug Trafficking Felony
18 U.S.C. § 924(c)

Count Thirty-Two: Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting
18 U.S.C. § 2

LOCATION OF OFFENSE: Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count One: Defendant has a prior PCS state felony conviction. NLT 10 years, NMT life imprisonment; a fine of NMT $8,000,000.00, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Two: NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Three: NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Four: NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; and a $100.00 special assessment.

Count Thirty-Two: NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

AGENT: Special Agent Jason Cole
Alcohol Tobacco and Firearms

AUTHORIZED BY: Guy Till
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less __X___ over five days _____ other

THE GOVERNMENT

__X__ will seek detention in this case _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE: __X__ Yes _____ No