DEFENDANT:          5.  DELBERT J. GARDNER

YEAR OF BIRTH:      1980

ADDRESS:            Denver, Colorado

COMPLAINT FILED:  ____YES  __X___  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES  __X___  NO

OFFENSE:

Count Five:          Possession with Intent to Distribute Crack Cocaine
                     21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty-Two:    Using and Maintaining Drug-Involved Premises
                     21 U.S.C. § 856(a)(1) and (2) and (b)

                     Aiding and Abetting
                     18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Five:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years
supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3
years supervised release following any period of imprisonment; and a $100.00 special
assessment.

### NOTICE OF FORFEITURE

AGENT:          Special Agent Jason Cole
                Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:    __X__    Yes    _____ No