<u>DEFENDANT</u>: 16. CLIFFORD M. WRIGHT

<u>YEAR OF BIRTH</u>: 1972

<u>ADDRESS</u>: Denver, Colorado

<u>COMPLAINT FILED</u>: ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> ____ YES  __X__ NO

<u>OFFENSE</u>:

<u>Count Twenty-Nine</u>: Possession with Intent to Distribute Cocaine
21 U.S.C. § 841(a)(1) and (b)(1)(C)

<u>Count Thirty</u>: Possession with Intent to Distribute Cocaine
21 U.S.C. § 841(a)(1) and (b)(1)(C)

<u>Count Thirty-Two</u>: Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting
18 U.S.C. § 2

<u>LOCATION OF OFFENSE</u>: Denver County, Colorado
(COUNTY/CITY/STATE)

<u>PENALTY</u>:

<u>Count Twenty-Nine</u>: NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty</u>: NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Two</u>: NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

<u>AGENT</u>: Special Agent Jason Cole
Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X__     Yes     _____ No