AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America  )
v.  )
13.  COREY L.RILEY  )  Case No.   12-cr-00010-MSK
 )
 )
 )

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Corey L. Riley   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C), 18 U.S.C. § 2
Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(D)
Possessing Firearm in Furtherance of Drug Trafficking Felony Offense, 18 U.S.C. § 924(c)
Possession with Intent to Distribute More than 500 grams of Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B) & 18 U.S.C. § 2
Conspiracy to Distribute more than 5 Kilograms of Cocaine, 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
Conspiracy to Use and Maintain Drug-Involved Premises, 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b), 18 U.S.C. § 2

Date:   01/09/2012                                                                                         s/ M.J. Garcia
*Issuing officer's signature*

City and state:   Denver, CO                                            Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                                                         |
|                                                                 *Arresting officer's signature* |
|                                                                       *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                Weight:

Sex:                                                                     Race:

Hair:                                                                    Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: