IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,                                     **RESTRICTED**
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

## ORDER TO RESTRICT CASE

The Court has for consideration the government's Motion to Restrict Case wherein the government asks this Court to restrict this entire case. Upon consideration,

IT IS ORDERED that this entire case is restricted, except copies of the Indictment and arrest warrants may be provided to the U.S. Attorney's Office and the U.S. Marshal for official use, until the arrest of the first defendant in this case.

IT IS SO ORDERED on this \_\_9th\_\_ day of \_\_January\_\_, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO