**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**13.   COREY L. RILEY,**

Defendant.

---

**ENTRY OF APPEARANCE**

---

Undersigned counsel, Harvey A. Steinberg, from the law firm of Springer and Steinberg, P.C., hereby enters its appearance on behalf of the above-named Defendant.

Dated this 23rd day of January, 2012.

> Respectfully submitted,
> s/Harvey A. Steinberg
> Harvey A. Steinberg
> Attorneys for Corey Riley
> Springer & Steinberg, P.C.
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800 Telephone
> (303)832-7116 Telecopier
> law@springersteinberg.com

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Guy Till**
Email: guy.till@usdoj.gov

     s/Casey Ambrose
For Harvey A. Steinberg
Attorneys for Corey Riley
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
cambrose@springersteinberg.com