**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**13.   COREY L. RILEY,**

Defendant.

---

**ENTRY OF APPEARANCE**

---

     Undersigned counsel, Ariel Z. Benjamin, from the law firm of Springer and Steinberg, P.C., hereby enters its appearance as Co-Counsel on behalf of the above-named Defendant.

     Dated this 23rd day of January, 2012.

                        Respectfully submitted,
                        <u>s/Ariel Z. Benjamin</u>
                        Ariel Z. Benjamin
                        Attorneys for Corey Riley
                        Springer & Steinberg, P.C.
                        1600 Broadway, Suite 1200
                        Denver, CO 80202
                        (303)861-2800 Telephone
                        (303)832-7116 Telecopier
                        abenjamin@springersteinberg.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Guy Till**
Email: guy.till@usdoj.gov

      s/Casey Ambrose
Ariel Z. Benjamin
Attorneys for Corey Riley
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
cambrose@springersteinberg.com