AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
13. COREY L. RILEY

Defendant

Case No.   12-cr-00010-MSK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Corey L. Riley,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C), 18 U.S.C. § 2
Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(D)
Possessing Firearm in Furtherance of Drug Trafficking Felony Offense, 18 U.S.C. § 924(c)
Possession with Intent to Distribute More than 500 grams of Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B) & 18 U.S.C. § 2
Conspiracy to Distribute more than 5 Kilograms of Cocaine, 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
Conspiracy to Use and Maintain Drug-Involved Premises, 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b), 18 U.S.C. § 2

Date:   01/09/2012

s/ M.J. Garcia
*Issuing officer's signature*

City and state:   Denver, CO

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-20-12, and the person was arrested on *(date)* 1-20-12 at *(city and state)* Denver, CO. |
| Date: 1-23-12       Brian Miller                  *Arresting officer's signature* |
|                     Brian Miller - SA             *Printed name and title* |