**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
4.    GEORGE A. GADDY,
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARRELL R. PARKER,
12.   CALVIN L. RILEY,
**13.   COREY L. RILEY**,
14.   THOMAS A. ACHRAH, JR.,
15.   JAMES R. SWITZER,  AND
16.   CLIFFORD M. WRIGHT,

Defendants.

---

**DEFENDANT COREY RILEY'S RESPONSE TO GOVERNMENT'S MOTION**
**FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2 AND RULE 16**
**MATERIAL (DOC. 41)**

---

Comes now the Defendant, Corey L. Riley, by and through his attorney, Harvey

A. Steinberg, of the law firm of Springer and Steinberg, P.C., and hereby responds to the

Government's Motion for Protective Order for Jencks Act, Rule 26.2 and Rule 16

Material (Doc. 41), the Defendant states as follows:

1.    Undersigned counsel has reviewed the Government's Motion.

- 1 -

2.  The Defendant, through undersigned counsel has no objection to the above-

    mentioned motion (Doc. 41).

Dated this 31st day of January, 2012.

> Respectfully submitted,
> s/Harvey A. Steinberg
> Harvey A. Steinberg
> Springer & Steinberg, P.C.
> Attorneys for Corey L. Riley
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800 Telephone
> (303)832-7116 Telecopier
> law@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

> s/Casey Ambrose
> Casey Ambrose
> for Harvey A. Steinberg
> Springer and Steinberg, P.C.
> Attorneys for Corey Riley
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800 Telephone
> (303)832-7116 Telecopier
> cambrose@springersteinberg.com