DEFENDANT:        9.  LAWRENCE T. MARTIN

YEAR OF BIRTH:    1958

ADDRESS:          Denver, Colorado

COMPLAINT FILED: ____YES   __X___  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES   __X___  NO


Count Thirty-One:    Conspiracy to Use and Maintain Drug-Involved Premises
                     21 U.S.C. §§  846 and  856(a)(1) and (2) and (b)


Count Thirty-Two:    Using and Maintaining Drug-Involved Premises
                     21 U.S.C. § 856(a)(1) and (2) and (b)
                     Aiding and Abetting
                     18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5
years supervised release following any period of imprisonment; and a $100.00 special
assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3
years supervised release following any period of imprisonment; and a $100.00 special
assessment

**NOTICE OF FORFEITURE**

AGENT:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less     __X__ over five days     _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X__     Yes     _____ No