UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1.     GEORGE H. ASKEW,
2.     ROMELL E. BULLOCK,
3.     GREGORY A. COLLINS,
4.     GEORGE A. GADDY,
5.     DELBERT J. GARDNER,
6.     RICHARD W. JOHNSON,
7.     SHEPS H. KHAMSAHU,
8.     ERIC LUGO,
9.     LAWRENCE T. MARTIN,
10.     JOHNIE A. MYERS,
11.     DARRELL R. PARKER,
12.     CALVIN L. RILEY,
13.     **COREY L. RILEY**,
14.     THOMAS A. ACHRAH, JR.,
15.     JAMES R. SWITZER,  AND
16.     CLIFFORD M. WRIGHT,

Defendants.

---

### DEFENDANT COREY RILEY'S UNOPPOSED MOTION TO EXCLUDE FOUR MONTHS FROM THE CALCULATION OF SPEEDY TRIAL, VACATE DEADLINES AND VACATE TRIAL DATE

---

Comes now the Defendant, Corey L. Riley, by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer and Steinberg, P.C., and respectfully moves this Court to issue an order excluding four months from the calculation of speedy trial and vacating current deadlines and trial dates.

1. Mr. Riley faces a significantly greater number of counts (19 counts in total) in the indictments filed in this case than Defendant 16, Mr. Askew faces, but is otherwise in the same position as Mr. Askew. Mr. Riley incorporates by reference the arguments made by Mr. Askey in his unopposed Motion to Exclude Four Months From The Speedy Trial Act, Vacate Deadlines and Vacate Trial Date (Doc. 182).

2. Undersigned counsel has conferred with AUSA Guy Till and has been authorized to represent that the Government does not oppose the relief requested in this motion.

3. For the above-stated reasons, the Defendant respectfully moves this Honorable Court to issue an order excluding four months from the speedy trial calculation, to vacate currently set deadlines and dates and to reset them accordingly.

Dated this 16th day of February, 2012.

        Respectfully submitted,
        s/Ariel Z. Benjamin
        Ariel Z. Benjamin
        Springer & Steinberg, P.C.
        Attorneys for Corey L. Riley
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springersteinberg.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of February, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

                                        s/Casey Ambrose
                                        Casey Ambrose
                                        for Ariel Z. Benjamin
                                        Springer and Steinberg, P.C.
                                        Attorneys for Corey Riley
                                        1600 Broadway, Suite 1200
                                        Denver, CO 80202
                                        (303)861-2800 Telephone
                                        (303)832-7116 Telecopier
                                        cambrose@springersteinberg.com