UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN L. RILEY,
13. **COREY L. RILEY**,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER, AND
16. CLIFFORD M. WRIGHT,

Defendants.

## DEFENDANT COREY RILEY'S UNOPPOSED EMERGENCY MOTION TO CONTINUE DETENTION HEARING

Comes now the Defendant, Corey L. Riley, by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer and Steinberg, P.C., and respectfully moves this Court, unopposed, to briefly continue the detention hearing in this matter.

AS GROUNDS THEREFOR the Defendant states as follows:

1. On February 27, 2012, the Defendant filed his motion for *de novo* review of his detention (Doc. 258). On February 28, 2012, the Court set this matter for

- 1 -

hearing on the Defendant's motion (Doc. 259). Though the date for this matter was not cleared on the schedules of the attorneys from undersigned counsel's office, undersigned counsel and lead counsel Harvey A. Steinberg have attempted to make arrangements to keep this setting.

2. Lead counsel has been in trial in Douglas County District Court. Trial in that matter began on Monday, February 27, 2012, and due to circumstances outside attorney Steinberg's control, will continue tomorrow. While the matter has now been submitted to the jury in that case and they are deliberating. Though it is possible that the jury will return its verdict tomorrow, precisely when is unpredictable.

3. In addition to the above conflict, attorney Steinberg was previously schedule to conduct a preliminary hearing and proof evidence presumption great hearing for a first degree murder case tomorrow. Because of the trial in Douglas County, that matter has been rescheduled to tomorrow afternoon. Assuming the jury in the Douglas County matter completes their service in time, attorney Steinberg will then be required to appear for the first degree murder hearings.

4. The option to have another attorney from undersigned counsel's office appear on the Defendant's behalf was discussed with the Defendant and his family and the Defendant would prefer to briefly continue the detention hearing in this matter than to have an attorney other than attorney Steinberg appear with him for that hearing. For that reason the Defendant respectfully moves this

      Honorable Court to continue the hearing in this matter and reset it to a date when both the Government and attorney Steinberg are available.

5. Undersigned counsel spoke with AUSA Guy Till regarding the relief requested in this motion and has been authorized to represent that the United States does not oppose the relief requested.

WHEREFORE the Defendant moves this Court for the relief requested and for such other and further relief as to this Court seems just in the premises.

Dated this 1st day of March, 2012.

      Respectfully submitted,
      s/Ariel Z. Benjamin
      Ariel Z. Benjamin
      Springer & Steinberg, P.C.
      Attorneys for Corey L. Riley
      1600 Broadway, Suite 1200
      Denver, CO 80202
      (303)861-2800 Telephone
      (303)832-7116 Telecopier
      law@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

      s/Ariel Z. Benjamin
      Ariel Z. Benjamin
      Springer and Steinberg, P.C.
      Attorneys for Corey Riley
      1600 Broadway, Suite 1200
      Denver, CO 80202
      (303)861-2800 Telephone
      (303)832-7116 Telecopier
      law@springersteinberg.com