# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                    Date:   March 15, 2012
Court Reporter:      Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                           *Counsel Appearing:*

UNITED STATES OF AMERICA,                            Guy Till

       Plaintiff,

v.

| | | |
|---|---|---|
| 3. | GREGORY A. COLLINS, | Scott Reisch |
| 4. | GEORGE A. GADDY, | Jeffrey Edelman |
| 5. | DELBERT J. GARDNER, | Scott Jurdem |
| 8. | ERIC LUGO, | Dennis Hartley |
| 13. | COREY L. RILEY, | Ariel Benjamin |
| 14. | THOMAS A. SCHRAH, JR., | Douglas Romero |
| 16. | CLIFFORD M. WRIGHT, | Timothy Edstrom |
| | | Eric Lee |
| | Defendants. | Ronald Hahn |

## COURTROOM MINUTES

HEARING:   Motions

**10:08 a.m.      Court in session.**

Defendants present on bond except for defendants Gardner and Riley, who are present in custody.

The Court addresses:

       Defendant Collins' Motion for Disclosure of Confidential Informants **(Doc. #282)**
       Defendant Collins' Motion for Rule 404(b) Evidence **(Doc. #283, 284)**
       Defendant Collins' Motion for *Jencks* Materials **(Doc. #285)**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

> Defendant Collins' Motion for *Bruton* and *James* Materials **(Doc. #286)**
> Defendant Lugo's Motion for Discovery of Experts **(Doc. #250)**
> Defendant Lugo's Motion for Disclosure of Promises of Leniency **(Doc. #251)**
> Defendant Lugo's Motion for Disclosure of Informants **(Doc. #252)**
> Defendant Lugo's Motion for Rule 404(b) Evidence **(Doc. #253)**
> Defendant Lugo's Motion for Disclosure of Intention to Offer Evidence
>  Under Rule 807 (Residual Hearsay) **(Doc. #254)**
> Defendant Schrah's Motion for Disclosure of Offers of Leniency **(Doc. #302)**
> Defendant Schrah's Motion for Disclosure of Confidential Informants **(Doc. #303)**
> Defendant Schrah's Motion for Rule 404(b) Evidence **(Doc. #304)**
> Defendant Schrah's Motion for Disclosure of Intention to Offer Evidence
> Under Rule 807 **(Doc. #305)**

**10:14 a.m.**   **Court in recess**
**10:27 a.m.**   **Court in session**

**ORDER:**   Defendant Lugo's Motion for Discovery of Experts **(Doc. #250)**; Defendant Lugo's Motion for Rule 404(b) Evidence **(Doc. #253);** Defendant Lugo's Motion for Disclosure of Intention to Offer Evidence Under Rule 807 (Residual Hearsay) **(Doc. #254);**Defendant Collins' Motion for Rule 404(b) Evidence **(Doc. #283, 284);** Defendant Schrah's Motion for Rule 404(b) Evidence **(Doc. #304)** Defendant Schrah's Motion for Disclosure of Intention to Offer Evidence Under Rule 807 **(Doc. #305)** are all **GRANTED.**

**ORDER:**   The Government's Motion for Extension of Time To File Responses **(# 316) is GRANTED.**  The Government's response(s) to the remaining motions (**Doc. #282, 285, 286, 251, 252, 302 and 303**) will be filed by **April 6, 2012.**

The Court addresses the motions for continuance (**Doc. #193, 209, 249, 205, 295 and 199**) and time needed for trial**.**

Counsel state one week is needed for trial.

**ORDER:**   The Government will submit the remaining discovery to defendant by **March 30, 2012.**

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**   The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. The Motions for Continuance (**Doc. #193, 209, 249, 205, 295 and 199)** are **GRANTED**. The trial currently set for **March 19, 2012 at 1:00 p.m. is VACATED** and **RESET** to **July 30, 2012 at 1:30** for one week. All subsequent days of trial begin at 8:30 a.m. unless counsel are advised otherwise. This trial is set junior to another multi week criminal trial and may be tried before a different judge if that trial proceeds. A Trial Preparation Conference is set on **July 13, 2012 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   By **April 20, 2012**, defendants will file all motions, including motions to suppress, and the Government will make its Rule 16 disclosures in compliance with Rule 702 to defendants; by **May 11, 2012** the defendants will provide their disclosures under Rules 16 in compliance with Rule 702 and by **May 18, 2012** the parties will file any joint 702 Motion. The Government will make its *James* proffer by **May 4, 2012**; objections to the *James* proffer will be made by **May 18, 2012** and the joint *James* proffer and objections will be filed with the Court for determination by **May 25, 2012.**

**ORDER:**   Further motions hearing is set for **May 11, 2012 at 10:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO. This is non-evidentiary hearing that will address all pending motions and set evidentiary hearings, if necessary.

**ORDER:**   Defendants are remanded to the care and custody of the United States Marshal Service and bond is continued for the other defendants as noted.

**10:58 a.m.**    **Court in recess.**

**Total Time:   37 minutes.**
**Hearing concluded.**