IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

v.


1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  **GREGORY A. COLLINS,**
4.  **GEORGE A. GADDY,**
5.   **DELBERT J. GARDNER,**
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   **ERIC LUGO,**
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  **COREY L. RILEY,**
14.  **THOMAS A. SCHRAH, JR.,**
15.  JAMES R. SWITZER, and
16.  **CLIFFORD M. WRIGHT,**

　　　　　　Defendants.

---

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME
TO SUBMIT RULE 16 DISCOVERY TO THE DEFENSE**

---

The United States of America, by United States Attorney John F. Walsh, through

the undersigned Assistant United States Attorney (Government), respectfully submits this

motion for enlargement of time within which to submit Rule 16 discovery to the defense

(#317, p.2).  The Government respectfully states and represents to the Court as follows:

1.      This case is set for trial on July 30, 2012.  This case is set for a non-evidentiary hearing on May 11, 2012.

2.      On March 15, 2012, the Court set deadlines for certain steps in the trial preparation process.  For example, the Government is required to make its Rule 702 disclosures to the defense  pursuant to Rule 16 no later than April 20, 2012 (#317, p.3).  Disclosure of the balance of routine Rule 16 discovery for the defense was to be made by March 30, 2012 (#317, p.2).  The purpose of this Motion is to ask the March 30, 2012, date to be enlarged to April 13, 2012.

3.      To date the Government has disclosed more than 200 investigative reports properly classified as *Jencks Act* material and hundreds of items subject to discovery pursuant to Rule 16, such as recordings of individual defendants made during undercover investigative operations, photographs, laboratory reports, and copies of documents.  The disclosures are made through distribution to the defense of discs which can be read through the use of computers.  The investigative reports show the investigation as it proceeded over a number of years.

4.      At this time the Government is preparing additional discs which will, for example, make available to the remaining active defendants the audio files of co-defendants.  The technical production of the disclosure discs is time consuming, involves several steps, requires attention from case agents, and calls on technical skills of U.S. Attorney staff members.  Although it is a time consuming process, the Government is attempting to provide disclosure in an organized and accessible way. The Government submits the ambitious character and scope of the disclosure effort is appropriate in this case:  a protective order is in place; conspiracies have been charged; and one defendant

2

may be convicted for the substantive acts of another defendant under legal principles of joint and several responsibility.  The Government contends the doctrine of complicity in Title 18 U.S.C. § 2 and principles of shared responsibility for reasonably foreseeable acts apply in this case under *Pinkerton v. United States*, 328 U.S. 640 (1946).  *See* 10th Circuit Pattern Instructions (2010) §2.21 (person in a conspiracy is responsible for reasonably foreseeable substantive acts of co-conspirators).  *See also United States v. Edwards*, 36 F.3d 639, 644 (7th Cir. 1994).  *Cf. United States v. Bindley*, 1157 F.3d 1235, 1238(10th Cir. 1998).

     5.     Case agents and U.S. Attorney staff have reviewed and scanned items of evidentiary significance taken pursuant to search warrants on January 20, 2012.  As of March 30, 2012, the Government continues to prepare discs for pretrial disclosure, to include items from the search warrants executed on or about January 20, 2012.  The Government respectfully asks the Court for two additional weeks within which to complete the tasks associated with the production of discs disclosing documents and items acquired pursuant to the search warrants executed in this case and similar Rule 16 items currently in the possession and control of the Government.

     6.     The Government respectfully asserts that granting two additional weeks to complete the disclosure of Rule 16 materials (not including Rule 702 materials which are on a timetable of their own) is within the discretion of the Court.  The Government respectfully submits that it is not normally in the best interests of justice to suppress evidence as a result of deadlines imposed by the court.  *See United States v. Mavrokordatos*, 933 F.2d 843, 847-48 (10th Cir. 1991); *United States v. Golyansky,* 291 F.3d 1245, 1249 (10th Cir. 2002).

7.     The Government respectfully asks the Court to allow the Government until April 13, 2012 to comply with the Court's order to complete routine Rule 16 disclosure to the defense.  The government advises that attorneys for the following defendants have indicated they do not object to the proposed date of April 13, 2012 (while preserving the right to disagree with the government's theory of prosecution in this case):  Mr. Collins; Mr. Gardner; Mr. Lugo; Mr. Corey Riley; Mr. Schrah; and Mr. Wright.  The office of Jeffrey Edelman, Attorney for Mr. Gaddy, advises Mr. Edelman is outside of the United States at the moment.

Respectfully submitted March 30, 2012.

JOHN F. WALSH
United States Attorney

BY: s/ Guy Till_____
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-141
FAX:  (303) 454-0401
E-mail:  Guy.Till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT RULE 16 DISCOVERY TO THE DEFENSE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0406
E-mail:  Lisa.Vargas@usdoj.gov