**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: April 12, 2012 |
| Court Reporter:      Paul Zuckerman | |
| Probation Officer:   Jeanette Woll | |

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                                                                  *Counsel Appearing:*

UNITED STATES OF AMERICA,                                          Guy Till

       Plaintiff,

v.

COREY L. RILEY,                                                                  Harvey Steinberg

       Defendant.

**COURTROOM MINUTES**

HEARING:   Appeal of Magistrate Judge's Decision- detention **(Doc. #84)**

**9:14 a.m.      Court in session.**

Defendant present in custody.

Sequestration is not requested.

Proffer by Mr. Steinberg and Mr. Till.

Oral findings are made of record and incorporated herein.

**ORDER:**    Defendant's request for release is **DENIED.**

**ORDER:**    Defendant is remanded to the care and custody of the United States Marshal Service.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**10:21 a.m.     Court in recess.**

**Total Time:    1 hour 7 minutes.**
**Hearing concluded.**