# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

| | |
|---|---|
| 1. | GEORGE H. ASKEW, |
| 2. | ROMELL E. BULLOCK, |
| 3. | GREGORY A. COLLINS, |
| 4. | GEORGE A. GADDY, |
| 5. | DELBERT J. GARDNER, |
| 6. | RICHARD W. JOHNSON, |
| 7. | SHEPS H. KHAMSAHU, |
| 8. | ERIC LUGO, |
| **9.** | LAWRENCE T. MARTIN**,** |
| 10. | JOHNIE A. MYERS, |
| 11. | DARRELL R. PARKER, |
| 12. | CALVIN L. RILEY, |
| **13.** | **COREY L. RILEY,** |
| 14. | THOMAS A. ACHRAH, JR., |
| 15. | JAMES R. SWITZER, AND |
| 16. | CLIFFORD M. WRIGHT, |

Defendants.

---

## UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME IN WHICH TO FILE NON-CJA MOTIONS

---

Comes now, the Defendant, Corey Riley, by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer and Steinberg, P.C., and hereby moves this Honorable Court, with the concurrence of the United States, for a brief extension of time in which to file non-CJA motions.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1.  Pursuant to this Court's March 15, 2012 Order (Doc. 317), motions are due to be filed by April 20, 2012.

2.  Undersigned counsel has been diligently preparing motions for filing in this case.

3.  Negotiations toward a plea agreement in this case have been ongoing and appear to be nearing resolution. To that end, given the strong likelihood of resolving this matter, which would abrogate the need for filing of non-CJA motions, the Defendant respectfully moves this Honorable Court for a brief extension of time up to and including Friday April 27, 2012, in which to file motions.

4.  AUSA Guy Till has authorized undersigned counsel to represent that the United States does not oppose the relief requested in this motion.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 19th day of April, 2012.

Respectfully submitted,

s/Ariel Z. Benjamin
Ariel Z. Benjamin
Springer & Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of April, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

s/Casey Ambrose
Casey Ambrose
for Ariel Z. Benjamin
Springer and Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com