UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN L. RILEY,
13. **COREY L. RILEY**,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER, AND
16. CLIFFORD M. WRIGHT,

Defendants.

**REQUEST FOR NOTICE OF INTENT TO CALL EXPERT WITNESSES AND DISCOVERY PURSUANT TO RULE 16(a)(1)(D) and (E), Fed.R.Crim.P.**

Comes now the Defendant, Corey Riley, by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer and Steinberg, P.C., hereby moves this Honorable Court for the entry of an Order directing the Untied States Government to notify the defense of its intent to call expert witnesses pursuant to Rule 702, 703 or 705, F.R.E., and for each such expert witness, discovery as provided for in Rule 16(a)(1)(D) and (E), Fed.R.Crim.P.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. Fed.R.Crim.P. Rule 16(a)(1)(D) states in pertinent part:

   **(D) Reports of examinations and tests.** Upon request of a defendant the Government shall permit the defendant to inspect and copy or photograph any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government, and which are material to the preparation of the defense or are intended for use by the Government as evidence in chief at the trial.

2. Fed.R.Crim.P. Rule 16(a)(1)(E) states in pertinent part:

   **(E) Expert Witnesses.** At the defendant's request, the Government shall disclose to the defendant a written summary of testimony the Government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial...**The summary provide under this subdivision shall describe the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.** (emphasis added)

3. The material to which the Defendant is entitled pursuant to Rule 16 Fed.R.Crim.P., both with respect to scientific and other expert testimony, is essential to determine whether a challenge to the admissibility of such testimony is appropriate under either *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) or *Kumho Tire v. Carmichael,* 119 S.Ct. 1167; 1999 U.S. LEXIS 2189; 143 L.Ed.2d 238; 67 U.S.L.W. 4179 (1999).

4. In order to make a timely request for a hearing under *Daubert* or *Kumho Tire, supra*, or for the services of a chemist or other expert witness to assist the defense,

the Defendant requests the Court to direct the Government to provide this information at least sixty (60) days before trial.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 27th day of April, 2012.

Respectfully submitted,

s/Ariel Z. Benjamin
Ariel Z. Benjamin
Springer & Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

s/Casey Ambrose
Casey Ambrose
for Ariel Z. Benjamin
Springer and Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com