UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.  ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN L. RILEY,
13. **COREY L. RILEY**,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER,  AND
16. CLIFFORD M. WRIGHT,

Defendants.

**REQUEST FOR NOTICE OF GOVERNMENT'S INTENT TO USE EVIDENCE**

Comes now the Defendant, Corey Riley, by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer and Steinberg, P.C., and pursuant to Rule 12(d)(2) of the Federal Rules of Criminal Procedure, moves this Honorable Court for the entry of an Order directing the United States Government to provide the Defendant with notice of its intention to use evidence in its case in chief at trial of any of the following categories of evidence:

- 2 -

1. Any evidence seized as the result of a search conducted pursuant to warrant, and for each seizure, the date, time, place and items seized pursuant to said search warrant.

2. Any evidence seized as the result of a search conducted without a warrant, and for each such seizure, the date, time, place and items seized pursuant to said warrantless search.

3. Any evidence used in the identification of the Defendant or any co-conspirator or co-participant, their handwriting, or their voice.

4. Any evidence of any statement made by the Defendant, whether or not said statements were gathered in the course of any wire or electronic or consensual recorded interceptions.

5. Any photographs of this Defendant with any indicted or unindicted co-conspirators.

6. Any personal correspondence or notes written to or by this Defendant.

7. Any evidence of any statement made by the Defendant, whether or not said statements were gathered in the course of any wire or electronic interceptions.

8. Any evidence obtained from mail covers utilized by the Government in connection with this investigation.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. The relief sought in this motion is in accordance with the provisions of Rule 12(d)(2) of the Federal Rules of Criminal Procedure.

2.	The above information is necessary in order to move to suppress evidence under Rule 12(b)(3) of the Federal Rules of Evidence.

3.	The material requested is discoverable under Rule 16 of the Federal Rules of Criminal Procedure.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 27th day of April, 2012.

Respectfully submitted,

s/Ariel Z. Benjamin
Ariel Z. Benjamin
Springer & Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

                                      s/Casey Ambrose
                                      Casey Ambrose
                                      for Ariel Z. Benjamin
                                      Springer and Steinberg, P.C.
                                      Attorneys for Corey Riley
                                      1600 Broadway, Suite 1200
                                      Denver, CO 80202
                                      (303)861-2800 Telephone
                                      (303)832-7116 Telecopier
                                      law@springersteinberg.com