ATTACHMENT 2

AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>17021 Bennett Drive, Parker, Colorado, more fully<br>described in Attachment A, which is incorporated by<br>this reference. | )<br>)<br>)   Case No.   12- 8W - 5037 CBS<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ State and _____ District of _____ Colorado _____ *(identify the person or describe property to be searched and give its location)*:

See Attachment A attached hereto and hereby incorporated by this reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and hereby incorporated by this reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of _____ 21 _____ U.S.C. § §846, 856 and other offenses described in the affidavit and the application is based on these facts:

See Affidavit attached hereto and hereby incorporated by this reference

✓ Continued on the attached sheet.

Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jason T. Cole, Special Agent - ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/18/12 at 3:15 m

City and state: _____

_____
*Judge's signature*

**Craig B. Shaffer, United States Magistrate Judge**
*Printed name and title*

HLMC_ATF_SW_000221

**Attachment A**

The premises of Corey L. RILEY

Address: 17021 Bennett Drive, Parker, Colorado

Including all outbuildings and appurtenances thereto


**17021 Bennett Drive, Parker, Colorado** is a two-story single family residence with cream colored panel siding, red trim and a reddish brown roof. The residence is located on the north side of Bennett Drive and faces south and slightly west. The residence has an attached garage on the west side of the structure. The numbers "17021" are fixed just above the garage door and are black in color. The front door of the residence has a glass storm door with white trim. This is the current residence of Corey Lamont RILEY.

HLMC_ATF_SW_000222

**Attachment B**
Property to be Seized

The premises of Corey L. RILEY

Address: **17021 Bennett Drive, Parker, Colorado**

Corey L. RILEY formerly served as the HLMC Western Regional President between

approximately 2007 and 2011 and served on the HLMC National Board.

1. Notes or minutes of meetings conducted by the Hells Lovers Motorcycle Club
   (HLMC), including any chapter(s) of the HLMC, including: the minutes of
   member's meetings, President's meetings, National Officer meetings, and
   Secretary/Treasurer meetings;

2. HLMC telephone lists, membership rosters, officer's lists, membership
   applications and other records identifying officers and other members of the
   HLMC;

3. HLMC "by laws" and records reflecting amendments to the "by laws";

4. Records which reflect or relate to intrastate or interstate motorcycle runs by the
   HLMC;

5. Records referring to the responsibilities of officers of the HLMC or any of its
   Chapters, and/or Region (aka Clan) and National leadership.

6. HLMC financial records, bank account records, bank statements, canceled checks, ATM records, and internal records of the HLMC reflecting activities in any bank accounts in whatever name held by or for the HLMC or of any cash funds held by the HLMC, its chapters or members on behalf of the HLMC;

7. Credit card receipts, statements, or other records reflecting use of personal or HLMC organization credit cards or accounts in whatever name held by or for HLMC, it's Chapters, Nation, or members on behalf of HLMC;

8. Indicia of ownership, occupancy, residency, or control of the premises and of the other items of evidence described above, such as utility bills, telephone bills, and mail;

9. HLMC memorabilia evidencing an association with HLMC, or a rival motorcycle club;

10. Books, records, receipts, notes, bank statements, bank checks, money drafts, letters of credit, money orders and cashier's checks, passbooks, safe deposit box keys, safes, computer systems and information contained on computer disks and other items evidencing the obtaining, secreting, transferring, and/or concealing of HLMC assets or expenditures of money including: address books, telephone books, telephone records, ledgers, work papers, photographs, photographic film, video tapes, cassette tapes, notes, CDs, DVDs and correspondence which relate to financial transactions for HLMC;

11. Cellular telephone(s) and/or portable telephones, pagers, and any stored electronic communications contained therein;

12. Address books, Rolodex indices and any papers reflecting names, addresses, telephone numbers, and/or pager numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists;

13. Books, records, receipts, notes, ledgers, pay/owe sheets, and other papers relating to the transportation, ordering, purchase or distribution of controlled substances;

14. U.S. currency and financial proceeds from dealing in illegal narcotics and controlled substances, or derived from other illegal activities;

15. Books, records, receipts, notes, bank statements, bank checks, money drafts, letters of credit, money orders and cashier's checks, passbooks, safe deposit box keys, safes, computer systems and information contained on computer disks and other items evidencing the obtaining, secreting, transfer, and/or concealment of illegal narcotics, narcotics assets or expenditures of money including cellular telephones, address books, telephone books, telephone records, ledgers, work papers, photographs, photographic film, video tapes, cassette tapes, notes and

HLMC_ATF_SW_000225

other written correspondence which relate to narcotics trafficking or affiliation
with other co-conspirators;

16. Photographs, including still photos, negatives, videotapes, films, undeveloped
film and the contents therein, slides, in particular, photographs of co-conspirators,
of assets and/or controlled dangerous substances.

HLMC_ATF_SW_000226

<u>AFFIDAVIT</u>

AFFIDAVIT OF JASON T. COLE
SPECIAL AGENT, BUREAU OF
ALCOHOL, TOBACCO AND FIREARMS (ATF),
IN SUPPORT OF AN APPLICATION FOR A
SEARCH AND SEIZURE WARRANT

Your affiant, Special Agent Jason Cole, being duly sworn, hereby deposes and states:

<u>Background</u>

1.  Your Affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and

Explosives (ATF), United States Department of Justice, Denver, Colorado. I am an

"investigative or law enforcement officer of the United States," within the meaning of

Title 18, United States Code, Section 2510(7): that is an officer of the United States

empowered by law to conduct investigations of and to make arrests for offenses

enumerated by statute in the United States Code. As a Special Agent of the ATF, I am

designated as a peace officer by the State of Colorado under the Colorado Revised

Statutes, Section 16-2.5-147 Federal Special Agents. I am authorized to apply for a

search warrant under the Federal Rules of Criminal Procedure, Rule 41(a)(2)(C) as a

"'Federal law enforcement' officer... who is engaged in enforcing the criminal laws and

is within any category of officers authorized by the Attorney General to request a search

warrant." I have been employed as a Special Agent with ATF since 2008. My primary

duties consist of the enforcement of federal firearms laws, armed narcotics trafficking

laws, and conspiracy laws. I have conducted and/or participated in a number of such

investigations as an ATF Agent. Prior to becoming an ATF Special Agent, I was

employed as an Agent with the United States Border Patrol for approximately 2 years and

HLMC_ATF_SW_000227

was stationed in Tucson, Arizona. During my career as a United Stated Border Patrol Agent I assisted in the apprehension and investigation of individuals involved in narcotics and human trafficking. I graduated from Pepperdine University in 2001 with a Bachelor of Arts in Communication. I have written and/or participated in the execution of approximately 30 federal and state search warrants involving organized crime, illegal firearms possession, the use and trafficking of narcotics, or armed narcotics trafficking. Additionally, during the course of this investigation I have continually consulted with ATF SA Jeffrey Russell. SA Russell has over 21 years of combined law enforcement experience, including experience with ATF, the Los Angeles, California, Police Department, and the Aurora, Colorado, Police Department. SA Russell has investigated gang related and gang motivated crimes, as well as crimes involving the illegal use of firearms and armed narcotics trafficking. SA Russell has been primary case agent or a participating agent on numerous gang investigations, including investigations focusing specifically on Outlaw Motorcycle Gangs (OMGs) and members and associates of OMGs.

2. As an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms and narcotics violations. I know that it is a violation of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), for two or more persons knowingly to agree (conspire) to use or to maintain a drug-involved premises. I know a person is legally responsible for the conduct of another person, pursuant to Title 18 U.S.C. § 2, if said person intentionally causes, aids or abets another person to commit an offense against the United States. I know that cocaine is defined as a Schedule II controlled substance under the Controlled Substance Act. I know that marijuana is defined as a Schedule I controlled substance

HLMC_ATF_SW_000228

under the Controlled Substance Act. I know that it is a violation of Title 18 U.S.C. §

924(c), for any person, during and in relation to any crime of violence or drug trafficking

crime, to use or carry a firearm, or, in furtherance of any such crime, to possess a firearm.

I know that it is a federal crime pursuant to Title 18 U.S.C. § 922(g) for a prohibited

person, such as a convicted felon or a person who uses or is addicted to a controlled

substance, to possess a firearm. Additionally, I know that it is a violation of Title 18

U.S.C. § 1956, Laundering of monetary instruments, to move proceeds of narcotics

trafficking or weapons trafficking, with the intent to promote the carrying out of specified

unlawful activity. Additionally, I know that it is a violation of Title 18 U.S.C. §§ 1962(c)

and (d), to participate in any specific activities according to the Racketeer Influences and

Corrupt Organizations (RICO) Act and Conspiracy to participate in RICO acts and

organizations. And finally that it is a violation of Title 18 U.S.C. §1959 to commit

specified Violent Crimes in aid of Racketeering Activity.

## INTRODUCTION

3.  On or about January 9, 2012, a grand jury returned an indictment in District of Colorado

    Case No. 12-cr-00010-MSK (a case which remains sealed except for official purposes as

    of today's date). The Indictment consists of thirty-two counts and names sixteen persons

    in violations of various Title 18 firearms counts or Title 21 controlled substance counts.

    These defendants include 12 current or former members of the HLMC OMG including:

    **Corey L. RILEY, Sheps H. KHAMSAHU, Johnie A. MYERS, Thomas A.**

    **SCHRAH, Jr.,** and **Gregory A. COLLINS,** among others. The Indictment charges

    include violations of Title 21 U.S.C. § 856(a)(1) and (2) and (b), Maintaining a Drug

    Involved Premises; Title 21 U.S.C. § 841(a)(1) and (b)(1)(A), (B), and (C), Possession

    with Intent to Distribute Cocaine; Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Prohibited

HLMC_ATF_SW_000229

Person in Possession of a Firearm; Title 18 U.S.C. § 924(c), Possession of a Firearm in Furtherance of Drug Trafficking Felony; Title 21 U.S.C. § 841(a)(1) and (b)(1)(D), Possession with Intent to Distribute Marijuana; Title 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A), (B), and (C), Conspiracy to Distribute Cocaine; Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), Conspiracy to Maintain a Drug-Involved Premises; and Title 18 U.S.C. § 2, Aiding and Abetting.

4.  While Continuing Criminal Enterprise charges under Title 21 U.S.C. § 848 and RICO charges, in violation of Title 18 U.S.C. §§ 1962(c) and (d), and VCAR charges, in violation of Title 18 U.S.C. § 1959, were not included in this initial indictment, the government here in the District of Colorado continues to investigate these named individuals as well as other members and associates of HLMC both locally and nationally relating to possible Continuing Criminal Enterprise (CCE) and RICO and VCAR violations as well as money laundering and narcotics conspiracy charges. The government, based on the facts set forth below, asserts that the Hell's Lovers Motorcycle Club OMG is an enterprise (an organization of more than five (5) persons acting in concert as defined by the CCE statute) within the definition of Title 18 U.S.C. § 1961(4). For this reason the government asserts that documents and tangible items of evidence directly showing or relating to the existence, structure, hierarchy, operations, activities, finances, communications, and membership of HLMC OMG are relevant to this ongoing investigation.

5.  Your Affiant knows from information provided by Confidential Informants (CIs) utilized during this investigation, as well as through surveillance, that Colorado Chapter HLMC members are expected to attend the HLMC members' meeting at the current Colorado

HLMC_ATF_SW_000230

Chapter HLMC clubhouse on Friday, January 20, 2012, starting at or about 8:00 p.m. With the possible exception of Lawrence T. Martin, who is believed to now reside in Kansas, the above named defendants in Case No. 12-cr-00010-MSK are expected to be at the HLMC clubhouse for the members' meeting. Specifically, it is anticipated that HLMC members **Romell E. BULLOCK, Gregory A. COLLINS, George A. GADDY, Richard W. JOHNSON, Sheps H. KHAMSAHU, Johnie A. MYERS, Calvin R. RILEY, Corey L. RILEY,** and **Thomas A. SCHRAH, Jr.** will be arrested pursuant to arrest warrants at 4100 Garfield St., Denver, Colorado, during the January 20, 2012, scheduled meeting of HLMC members. It is expected that as many as 25-35 individual HLMC members, prospects, and probationary members will be present inside of the clubhouse at the time of the meeting. Throughout this investigation CIs, the ATF UC, and other individuals have stated that many HLMC members carry firearms and narcotics on their persons when they are at the clubhouse attending HLMC activities.

6. For the convenience of the court, I have typically referred to suspects by their complete names. Additionally, I have placed in bold font the names of those individuals for whom arrest warrants have been issued. I know from my discussions with the CIs and the ATF UC and from my review of ROIs that HLMC members typically refer to each other by moniker (nicknames) rather than by actual names. The true identities of the suspects have been confirmed through DMV photographs which have been shown to each of our CIs and to the ATF UC to confirm proper identification.

### Purpose of the Affidavit and Locations to be Searched

7. This affidavit is written to serve as a common affidavit in support of warrants to search the following six separate premises for evidence of: Title 18 U.S.C. §§ 1962(c) and (d),

HLMC_ATF_SW_000231

RICO and RICO Conspiracy; Title 18 U.S.C. § 1959, Violent Crimes in Aid of Racketeering (VCAR); Title 21 U.S.C. §§ 841 and 846, Possession with Intent to Distribute and Conspiracy Possess with Intent to Distribute Narcotics; Title 21 U.S.C. § 856, Maintaining a Drug-Involved Premises; Title 18 U.S.C. § 922(g), Possession of a Firearm by Prohibited Persons; Title 18 U.S.C. § 924 (c), Possession of a Firearm in furtherance of Drug Trafficking; and Title 18 U.S.C. § 1956, Money Laundering:

- **17021 Bennett Drive, Parker, Colorado** is a two-story single family residence with cream colored panel siding, red trim and a reddish brown roof. The residence is located on the north side of Bennett Drive and faces south and slightly west. The residence has an attached garage on the west side of the structure. The numbers "17021" are fixed just above the garage door and are black in color. The front door of the residence has a glass storm door with white trim. This is the current residence of **Corey Lamont RILEY**.

- **50 S Trenton Street, Denver, Colorado** is the fifth structure north of the intersection of Trenton Street and Bayaud Avenue, on the east side of Trenton Street. It is a two-story structure with light brown colored siding, light tan colored trim and a grey shingle roof. The front of the residence faces west toward Trenton Street with the front door located in the center of the structure on the first floor. The southern half of the front of the residence has a porch which includes the front door and a pillar to the right of the steps leading to the porch. The pillar immediately to the right of the front door has the numbers "50" in black. The northern half of the structure, both the west and north side, of the front of the residence has an orange brick façade which covers the first floor of the structure.

HLMC_ATF_SW_000232

The east side of the residence faces an alley and has an attached two car garage. There is a gated fence near the southwest corner of the garage and a back door to the residence on the west wall of the house where the two story structure meets the garage. This is the current residence of **Sheps H. KHAMSAHU.**

- **3163 W 63rd Avenue, Denver, Colorado** is a single family residence with pale yellow siding and blue trim. The residence is located mid-block on the north side of W. 63rd Avenue. The front of the structure faces south. The residence has a chain-link fence around the front yard and a brown stained wooden fence on the west side of the residence. The front door of the residence faces south toward W 63rd Avenue and has a barred white security/storm door and a single car attached garage on the rear northeast corner of the residence. A hallway/vestibule with white "French" patio doors attaches the primary residence to a single car garage on the east side of the property. The garage has pale yellow siding, blue trim and a white garage door which faces south. The residence has a brown colored asphalt shingle roof. The numbers "3163" are posted horizontally in black numbers on a white background on a black metal mailbox located on the south of the property and facing W 63rd Avenue. This is the current residence of **Johnie A. MYERS.**

- **7438 Quitman Street, Westminster, Colorado** is part of the fifth structure south of the intersection of 75th Avenue and Quitman Street. The structure is a one story duplex, and 7438 is the address associated with the eastern half of the structure. The residence is tan colored brick, with grey trim along the roof and a red downspout on the northern wall. It has a red front door which faces west.

HLMC_ATF_SW_000233

There is a mailbox attached to the brick just south of the front door. On the north wall on the east half of the structure, near the front door, is a red colored placard with black numbers which read vertically "7438". Along the wall, between the two northern facing windows, in the east half of the duplex structure is a black cross. Between 7438 on the eastern side of the structure and 7436 (the address associated with the western side of the duplex unit) are brown garage doors that face north. This is the current residence of **Thomas A. SCHRAH, Jr**.

- **10511 Tucson Street, Commerce City, Colorado** is a single family residence with white colored vinyl siding and red trim. The residence has a single car garage and a double car garage with white garage doors. The numbers "10511" are located above the double garage doors. The residence is on the west side of Tucson Street and the front of the structure faces east and has a white storm door. A small porch leads to the front door on the north east corner of the structure. The residence is the northern-most residence located on Tucson Street and is located at the cul-de-sac. There is a brown split rail fence that runs along the north side of the residence. This is the current residence of **Gregory A. COLLINS**.

- **2590 Grape Street, Denver, Colorado** is located on the southeast corner of E 26th Avenue and N Grape Street in Denver, Colorado which faces west. The residence is a single story red brick family residence with white trim. The roof has white colored asphalt shingles. There is an enclosed red in color vestibule with a door having ten (10) glass window panes and white wooden trim. This door faces west and the numbers "2590" are painted in black with a white

HLMC_ATF_SW_000234

background on the steps leading up to the vestibule door. There is a small window to the left of this door and an open patio to the right of the door. The numbers "2590" are displayed prominently to the right of the door in high, black lettering approximately 4 inches high and displayed on a white wooden placard. The front door is red in color and has a metal screen door and faces west. The front yard has a large tree to the left of the door and a large bush to the right of the door. The rear (east side) of the structure is surrounded by a chain link fence approximately four (4) feet high. In the northeast corner of the backyard there is located a detached two-car garage. The garage is a red brick structure with pink trim and has a white garage door which faces north. The garage roof has white asphalt shingles. This is the current residence of **Joseph T. KNIGHT**.

8. The government understands that the probable cause determination for each location will be determined by the court independently for each location. The requested list of items to be seized, which is set forth in an Attachment B to each application and proposed warrant, is not identical for each of the above listed locations. With respect to the residences of **Sheps KHAMSAHU, Johnie MYERS**, and **Thomas SCHRAH**, the government requests search warrants for these locations based on the fact that **KHAMSAHU, MYERS** and **SCHRAH** are each officers of the Colorado Chapter of the Hell's Lovers Motorcycle Club OMG or on the Regional level of leadership. As set forth in this affidavit, based on their status as officers of the OMG, there is probable cause to believe that they possess documents and other tangible evidence relating to the existence, operation, financial operations, activities and membership of the HLMC OMG.

HLMC_ATF_SW_000235

9. With respect to the residences of **Corey RILEY** and **Gregory COLLINS**, the government requests the search warrants for these locations based upon the status of **Corey RILEY** and **Gregory COLLINS** with respect to the National structure of HLMC. Specifically, that **Corey RILEY** served as the HLMC Western Regional President for approximately five (5) years and has been a longtime HLMC Colorado Chapter member. **Gregory COLLINS** is currently an active member of the HLMC National Board and a member of the HLMC Colorado Chapter. Each of the above listed persons have been Indicted in this case by a Federal Grand Jury based, in part, upon their involvement as officers and high ranking members of HLMC.

10. As to the residence of Joseph KNIGHT, the government requests a search warrant for this location with respect to documents and materials designed and intended to assist HLMC Prospect and Probationary members with learning the history, structure and rules of HLMC.

11. Accordingly, there is probable cause to believe that these residences contain documents and other tangible evidence relating to the existence, operation, financial operations, activities and membership of HLMC, both locally and potentially nationally. There is probable cause to believe that in each of these residences there is evidence relating to the crimes of drug trafficking and the maintenance and use of drug involved premises as charged in the indictment and enumerated above.

### Permission for After Hours Service of Warrant

12. Your affiant has applied for permission to serve an anticipatory search warrant based upon the contingent event of the start of the HLMC Colorado Chapter members meeting to be held on January 20, 2012 at the HLMC clubhouse located at 4100 Garfield Street,

HLMC_ATF_SW_000236

Denver, Colorado. Your affiant and ATF supervisors, ATF Tactical Advisors, and others have determined that arresting the persons for whom warrants have been issued after they have arrived at the HLMC clubhouse and the HLMC member meeting has convened, is preferable to attempting to serve these warrants in residential areas or attempting to serve these warrants through other means.

13. Your affiant has had the opportunity to request and examine criminal histories of HLMC members and associates. Some HLMC members have only "minor" criminal histories. However, a number of HLMC members have been convicted of serious crimes including, but not limited to, narcotics violations, theft, homicide, burglary, fraud, sexual assault, rape, felony menacing, firearms violations, assault, aggravated theft, and aggravated robbery.

14. Your affiant has conferred with ATF Supervisory Agents, as well as ATF Tactical advisors, and has determined that for tactical considerations concerning safety and for efficiency, it is preferred to arrest the target subjects at the same time in order to preclude targeted individuals or associates from warning each other about pending law enforcement actions or arrests of additional subjects. Since the HLMC members named in the arrest warrants are likely to gather at the location of the HLMC Colorado Chapter Clubhouse on January 20, 2012 and the above named members will therefore be away from their residences. At that time, as indicated above, it is it is estimated that a number of HLMC members present at the HLMC Colorado Chapter member's meeting will not be taken into custody. Investigators expect word of law enforcement action will spread within minutes of the release of HLMC members present but not arrested. Your affiant expects HLMC members, associates, "Property of" (female associates of HLMC)

HLMC_ATF_SW_000237

associates, HLMC roommates and other may attempt to move or destroy evidence of crime and HLMC records on the above described premises. Your affiant is seeking search warrants for the locations described herein, contingent on the execution of the anticipatory search warrant and arrest of HLMC members some time after 8:00 pm on January 20, 2012. Your affiant seeks authority for law enforcement to search the homes of HLMC members (as described herein) to search for evidence related of crimes at any time of the day or night in order to synchronize the execution of the residential search warrants with the execution of the search warrant issued for the HLMC Colorado Chapter clubhouse located at 4100 Garfield Street, Denver, Colorado.

15. Your affiant has reviewed some published decisions of the Supreme Court and the Tenth Circuit Court of Appeals while drafting this affidavit. Your affiant has been advised by AUSA Guy Till that Rule 41(e)(a)(A)(ii) provides the warrant must command the officers and agents to execute the warrant during "daytime" hours, unless the court expressly authorizes, under certain circumstances, the execution at another time. AUSA Till further advises that Rule 41(a)(2)(B) defines "Daytime" to mean the hours between 6:00 am and 10:00 pm according to local time. AUSA Till also advises that Title 21 U.S.C. § 879 provides, in part, that a "search warrant relating to offenses involving controlled substances may be served at any time of the day or night if the judge or United States Magistrate judge issuing the warrant is satisfied that there is probable cause to believe that grounds exist for the warrant and for its service at such time".

16. Your affiant knows HLMC Colorado Chapter member meetings routinely take place after dark. When the HLMC member meetings are convened, it is required that all members be present and accounted for as these meetings are mandatory for HLMC members,

HLMC_ATF_SW_000238

prospects and probates. Because it is remotely possible, in Your Affiant's judgment, that for some unforeseen reason the HLMC members' meeting could be delayed and might not convene at 8:00 pm as expected, your affiant respectfully requests the Court to authorize that the search warrants for these described residences may be executed upon the fulfillment of the contingent event, i.e. that the HLMC members' meeting has begun at the clubhouse with members in attendance, even if the HLMC members' meeting is delayed until after 10:00 pm. If the HLMC members' meeting is delayed until after 10:00 pm for some unexpected reason, it will be necessary for the law enforcement team to wait until the anticipated contingent event takes place before executing the anticipatory search warrant at the HLMC clubhouse and the search warrants for the six residences of HLMC member's premises described herein.

17. **Your affiant respectfully requests the Court to find that there is good cause shown to permit officers to execute the search warrants at the six described locations, contingent upon the execution of the anticipatory search warrant and law enforcement actions at the HLMC members' meeting being convened at the clubhouse, at any time of the day or night.**

### Further Identification of Premises to be Searched

18. Five (5) of the six (6) locations listed and described above are the current residences of individual officers and leaders of the HLMC Colorado Chapter and HLMC Nation. One (1) location, that of Joseph KNIGHT, located at 2590 Grape Street, Denver, Colorado, is the residence of the HLMC Colorado Chapter member entrusted to maintain club information for the instruction of HLMC Prospects and Probationary members. The premises were identified in the following manner:

HLMC_ATF_SW_000239

- **17021 Bennett Drive, Parker, Colorado:** On or about July 14, 2011, ATF SAs along with Officers with the Denver Police Department served a delayed notification federal search warrant on the residence of Corey L. RILEY located at 2331 Pontiac Street, Denver, Colorado. Sometime after the service of the search warrant, CI-5 contacted me and stated that RILEY had moved to an address in Parker, Colorado. CI-5 identified the address as being the residence of RILEY's girlfriend, identified by the CI as "Dawn". Through searches of public online databases and other investigative means it was discovered that RILEY had moved to 17021 Bennett Drive, Parker, Colorado. CI-5 has visited RILEY at this residence on multiple occasions. Furthermore, CI-5 identified that RILEY was driving a vehicle owned by his girlfriend and described as a "white" or "cream" colored Ford F-150 pickup truck. When asked what vehicle was driven by "Dawn" the CI stated that she drove a Land Rover, although the CI was unable to specify a color. On January 7, 2012, I queried Lexis Nexis and learned that a 2008 Ford F-150 bearing Colorado license plate 185RJL and 2001 Land Rover Discovery bearing Colorado license plate 064TMP are registered to Dawn Guyer at 17021 Bennett Drive, Parker, Colorado. Lexis Nexis is an online investigative tool which accesses public record information from one of the largest repositories of public records combined with other publicly available information. Information available on Lexis Nexis includes address history, driver's license information, vehicle registration, public property deed transfers and other information. On January 7, 2012 ATF SA Nick Horn while conducting surveillance at the residence of 17021 Bennett Drive, Parker, Colorado, observed

HLMC_ATF_SW_000240

a Ford F-150 pickup truck bearing Colorado license plate 185RJL and a green

Land Rover bearing Colorado License plate 064TMP. On January 10, 2012 ATF

Special Agent Nick Horn, while conducting surveillance at the residence of 17021

Bennett Drive, Parker, Colorado observed RILEY arrive at the residence driving a

White Ford F-150 pickup truck bearing Colorado license plate 185RJL. SA Horn

observed RILEY park the vehicle in the attached garage of the residence and enter

the residence as the garage door was closed.

- **50 S Trenton Street, Denver, Colorado:** On or about January 4, 2011 I asked

    CI-2 if the CI could identify the current residence of Sheps KHAMSAHU. CI-2

    described that KHAMSAHU was currently living at a residence located in the

    area of Alameda Avenue and Quebec Street in Denver, Colorado. I attempted to

    query KHAMSAHU through Lexis Nexis and other online databases and learned

    that KHAMSAHU lists his address as 1305 Krameria Street, Suite H, Denver,

    Colorado. I traveled to this location and learned that this address belonged to a

    company named Postal Centers, USA, which provides mailbox and address

    services. I then contacted and asked CI-5 where KHAMSAHU was currently

    living. CI-5 stated that KHAMSAHU's address was on Trenton Street in Denver,

    Colorado. I then directed CI-5 to travel to the location and meet with

    KHAMSAHU. On or about January 6, 2012, CI-5 traveled to 50 S Trenton Street

    and met with KHAMSAHU at the location. CI-5 provided the information,

    including the address, to me and stated that KHAMSAHU's vehicle was parked

    outside the residence. SAs have identified KHAMSAHU's vehicle as a 1999

    Grey Chevrolet Suburban bearing Colorado license plate 777WNO registered to

HLMC_ATF_SW_000241

the address of 1305 Krameria, Denver, Colorado. On January 7, 2012 ATF SA
Mark Feltz conducted surveillance at the residence of 50 S Trenton Street,
Denver, Colorado. SA Feltz observed KHAMSAHU exit the residence and get
into the Chevrolet Suburban bearing Colorado license plate 777WNO. SA Feltz
was able to positively identify KHAMSAHU.

- **3163 W 63rd Avenue, Denver, Colorado:** On January 4, 2012, I queried the
  Colorado Department of Motor Vehicles and learned that Johnie MYERS driver's
  license and vehicles are registered to Johnie MYERS at 3163 W 63rd Avenue,
  Denver, Colorado. A query of MYERS driver's license shows that MYERS
  renewed his Colorado driver's license on September 30, 2011 and registered his
  address as 3163 W 63rd Avenue, Denver, Colorado. On January 10, 2012 at
  approximately 6:05 pm, ATF SA Shane Abraham observed MYERS arrive at
  3163 W 63rd Avenue, Denver, Colorado driving a Chevrolet pickup truck bearing
  Colorado license plate 664STD which is registered to John MYERS at 3163 W
  63rd Avenue, Denver, Colorado. SA Abraham was able to positively identify
  MYERS and observe MYERS enter the residence.

- **7438 Quitman Street, Westminster, Colorado:** On or about January 6, 2012, I
  queried Lexis Nexis and Colorado DMV records in order to attempt to identify a
  current residence for Thomas SCHRAH, Jr. I discovered that Thomas SCHRAH
  has a 2007 Mitsubishi Lancer bearing Colorado License plate 734RRX registered
  to the address of 5421 E 52nd Avenue, Commerce City, Colorado. I know through
  this investigation that 5421 E 52nd Avenue, Commerce City, Colorado is the
  address of AB&T Body Shop, an automotive repair business owned and operated

HLMC_ATF_SW_000242

by Thomas SCHRAH and his wife Mary SCHRAH. Records checks for Mary
SCHRAH showed a current address of 7438 Quitman Street, Westminster,
Colorado. On January 11, 2012, SA Mark Feltz traveled to 5421 E 52nd Avenue,
Commerce City, Colorado and identified and observed Thomas SCHRAH exit the
business at approximately 6:30 pm and get into a white Mitsubishi. SA Feltz
followed the vehicle from the business to 7438 Quitman Street, Westminster,
Colorado. Additionally, SA Feltz contacted John Fuller with the United States
Postal Service. Fuller was able to confirm that Thomas and Mary SCHRAH are
currently receiving mail at the address of 7438 Quitman Street, Westminster,
Colorado. On January 13, 2012, ATF SA Brian Miller while conducting
surveillance at the residence of 7438 Quitman Street observed Thomas SCHRAH
exit the residence through the front door.

- **10511 Tucson Street, Commerce City, Colorado:** On January 4, 2012, I
queried Lexis Nexis and identified that Gregory A. COLLINS showed a current
address of 10511 Tucson St., Commerce City. Additionally, Lexis Nexis and a
query of Colorado DMV records showed a 2005 Cadillac Escalade bearing
Colorado license plate 055PDO registered to Gregory COLLINS at the address of
10511 Tucson Street, Commerce City, Colorado. I asked if CI-5 could identify
the type of vehicle driven by COLLINS to which the CI replied that COLLINS
drove a Cadillac Escalade. On Monday, January 9, 2012, ATF SA Ben Byrd
conducted surveillance at the residence of 10511 Tucson St., Commerce City and
observed that the envelopes inside of the mailbox were addressed to Greg
COLLINS and Cathy Grooms. On or about September 6, 2010 I was informed

HLMC_ATF_SW_000243

that Gregory COLLINS had gotten married to a female identified as Cathy (later identified as Cathy Grooms) and that many HLMC members had attended the wedding. On January 10, 2012 at approximately 6:20 pm SA Byrd, while conducting surveillance at 10511 Tucson Street observed a red Cadillac Escalade pickup-style SUV arrive at the residence and park in the garage.

- **2590 Grape Street, Denver, Colorado:** On or about January 6, 2012 I queried Lexis Nexis and Colorado DMV for records to assist in identifying the residence of Joseph T. KNIGHT. I learned that Joseph KNIGHT has a driver's license which shows an address of 2590 Grape Street, Denver, Colorado and that Joseph KNIGHT has been associated with that address since approximately 1980. Additionally, I learned from Lexis Nexis that Joseph KNIGHT shows a current address of 4100 Garfield Street, Denver, Colorado (the current HLMC Colorado Chapter clubhouse). DMV records show several vehicles registered to Joseph KNIGHT and Dennis KNIGHT at the address of 2590 Grape Street, Denver, Colorado. CI-2 and CI-5 have confirmed that HLMC Prospect member Dennis KNIGHT aka Prince is the son of HLMC member Joseph KNIGHT and that Dennis KNIGHT resides in the residence with this father. On January 11, 2012, I spoke with Arvada Police Department detective James Dixon. On or about January 10, 2012 officers with the Arvada Police Department interviewed Dennis KNIGHT. Dennis KNIGHT provided an address of 2590 Grape Street and stated that he lives at the residence with his father Joseph KNIGHT. On or about January 10, 2012 Aurora Police Department Detective and ATF Task Force Officer David Gallegos queried the Denver Police Department database and found

HLMC_ATF_SW_000244

that several calls for service have occurred at 2590 Grape Street, Denver, Colorado and have identified Joseph KNIGHT at that address on multiple occasions.

### PROBABLE CAUSE

19. Your affiant has learned of HLMC operations and membership through law enforcement investigative activities which have been on-going for several years. Your affiant has become familiar with the practices and culture of HLMC. I have participated in this investigation since December 2008. Officers and Agents from ATF Denver, Colorado, ATF Kansas City, Kansas, ATF Chicago, Illinois, ATF Sacramento, California, Detectives from the Denver, Colorado Police Department, officers of the Aurora, Colorado Police Department, officers of the Lakewood, Colorado Police Department, as well as officers and investigators from other departments and agencies have assisted in this investigation. In my capacity as case agent I have spent hundreds of hours conducting surveillance of members and associates of the Hell's Lovers Motorcycle Club (hereinafter referred to as HLMC), monitoring and directing the activities of confidential informants (CIs), monitoring the activities of an undercover ATF agent (UC), as well as coordinating and monitoring the involvement of officers serving in UC capacities to a lesser extent, and interviewing witnesses. In July 2011, I authored a Federal Search Warrant affidavit in support of an application to search the premises of 2331 Pontiac Street, Denver, Colorado, then the residence of **Corey Lamont RILEY**. Between approximately 2007 and 2011 **Corey RILEY** served as the President of the Western Region of HLMC, consisting of all HLMC chapters located in the Western United States. During the execution of the July 2011 search warrant, SAs recovered approximately 374

HLMC_ATF_SW_000245

grams of cocaine, approximately 4248 grams of marijuana, nine (9) firearms, a ballistic vest, and several hundred rounds of ammunition of various calibers. Additionally, SAs recovered approximately $16,960.00 in United States currency. I have authored or read more than 200 Reports of Investigation (ROI's) generated by ATF agents working on this case, as well as numerous reports generated by officers, detectives and other law enforcement organizations for this case and for ancillary investigations. I have listened to numerous consensually recorded conversations between the CIs, the ATF UC, and other officers and SAs acting in UC capacities, and members or associates of HLMC. I have listened to HLMC member meetings recorded by the ATF UC and several CIs. I have read several documents created and maintained by HLMC, including the HLMC by-laws, application for membership forms, and other materials. The information set forth herein is based upon my participation in this investigation, encompassing my personal knowledge, observations and experience, as well as information obtained from my review of investigative reports, recordings, interviews, and debriefings with the participating officers and agents, the ATF UC, and CIs who have participated in this investigation.

20. In December, 2008, your affiant and ATF SA Jeffrey Russell interviewed and debriefed a CI (hereafter referred to as CI-1) who provided information relating to armed narcotics trafficking and acts of violence being conducted by members and associates of the Hell's Lovers Motorcycle Club (HLMC). CI-1 is a multi-convicted felon who is currently serving a sentence in the Colorado Department of Corrections (DOC) for a felony crime of violence. It should be noted that at the time SAs recruited CI-1 there were no pending or outstanding court cases against the CI and that the CI was not working for consideration on any criminal or civil proceedings. It should be further noted that during

HLMC_ATF_SW_000246

this investigation CI-1 was arrested and charged with a felony crime of violence and at no time did SAs attempt to intercede for CI-1. To the best of my knowledge, CI-1 provided accurate and substantive information throughout the investigation.

21. CI-1 provided extensive debriefs and interviews to SAs about the HLMC Outlaw Motorcycle Gang (OMG) both locally and nationally. SAs learned that HLMC is a national OMG with chapters in approximately 19 states and membership of approximately 400-500 individuals nationwide. CI-1 stated that HLMC is broken into "Regions" also referred to by HLMC members as "Clans" and that each region is governed by a "Clan Boss" or "Regional President". It should be noted that the terms "Clans" and "Regions" are used interchangeably by HLMC members as the designations for the geographical areas of the United States which have been divided for purpose of HLMC oversight.

22. CI-1 provided information as to the structure and criminal activities of HLMC members, associates and crimes being committed by the organization. The CI-1 identified the clubhouse of HLMC, at the time of the interview, as being a large "warehouse" type of structure located at 835 E 50th Ave., Denver, CO. This location served as the HLMC clubhouse from approximately 2005 through January of 2011. According to CI-1, drug use and drug deals were common at and within the clubhouse. CI-1 described that the clubhouse was maintained by and paid for, in part, through the collection of membership dues paid by members, prospects and probationary members of HLMC. The CI explained that dues required for membership were $50 per month, and that, additionally, members were required to pay $30 in "Regional" or "National" dues to HLMC approximately every three (3) months (or four (4) times each year).

HLMC_ATF_SW_000247

23. CI-1 stated that HLMC is broken into four (4) Regions across the United States, the Western Region, the Southern Region, the Northern Region and the Eastern Region (though CI-1 noted that there were not any active chapters within the Eastern Region). The Colorado Chapter of HLMC is the most western Chapter of HLMC in the United States. Additionally, it is the largest Chapter in the Western Clan or Western Region. CI-1 stated that HLMC was founded in Chicago, Illinois in 1967 and that Chicago is still considered the "Mother" Chapter of HLMC. Though SAs have been able to identify and confirm that the previous two (2) National Presidents of HLMC have been members from HLMC Chapters in the Southern Clan.

24. CI-1 provided information as to the structure of HLMC, specifically the levels of membership and the structure of the club hierarchy which includes a National President, a National Board comprised of HLMC members from across the nation, a Regional President assigned over each Region (or Clan) of the organization, a Chapter President, a Chapter Vice-President, a Treasurer for each Chapter, and typically a Secretary.

- National President: The National President is the highest ranking member of HLMC. The National President is in charge of the Regional Presidents and the National Board. The National President is responsible for HLMC decisions including decisions relating to discipline of HLMC National leadership members, organizational response to disputes with other OMGs, HLMC national finances and other matters. The National President of HLMC is currently an HLMC member identified as Lamar WASHINGTON aka RAVEN. WASHINGTON is a member of the Southern Clan of HLMC and more specifically, the Memphis Chapter of HLMC. The previous National President of HLMC was James E. LEE

HLMC_ATF_SW_000248

aka COLONEL, who was identified by multiple sources and CIs as being a law enforcement official of some sort.

- National Board: The National Board of HLMC is comprised of longtime and well respected members of the organization from across the United States. Each of the Regional Presidents is required to serve on the National Board. HLMC Colorado Chapter member **Gregory COLLINS** serves on the National Board of HLMC. Additionally, **Sheps KHAMSAHU** currently serves as the Regional President of the Western Region of HLMC and serves on the HLMC National Board. Members of HLMC "Nation" (those members assigned to national leaderships positions and serve on the National Board of HLMC) wear a "Bottom Rocker" (portion of the three-piece patch set which typically notes an OMG member by chapter or region) which reads "Nation" rather than denoting the individual by specific HLMC Chapter.

- Regional President: There are three (3) Regional Presidents of HLMC (one each for the Western Region, Northern Region and Southern Region). The Regional President is not technically required to be an active member of the Chapter with which that individual is associated. The Regional President is tasked with overseeing all of the Chapters within the geographic designation of the Region. This includes issuing disciplinary measures for leadership members of each of the Chapters. The President of the Western Region since approximately August 2011 is **Sheps KHAMSAHU** a "member" of the HLMC Colorado Chapter. Between approximately 2007 and 2011 **Corey RILEY** served as the Western Regional President of HLMC.

HLMC_ATF_SW_000249

- <u>Chapter President</u>:  The Chapter President is the highest ranking officer within the Chapter.  Each President is responsible for arranging member meetings and coordinating Regional meetings which occur approximately every three (3) to four (4) months at one of the Chapters within the geographic Region. Furthermore, the President is responsible for maintaining an accurate accounting of membership (for example: noting when members stop attending meetings or club functions).  The Chapter President is generally tasked with ensuring that members have paid their dues and for keeping an account (with the assistance of the Chapter Treasurer) of Chapter finances.  The President is ultimately responsible for discipline among members of an individual Chapter of HLMC. Discipline can include monetary fines, but often involves a physical assault on the member at a meeting.  The President maintains phone lists, club rosters, and other documents which can be used to identify Chapter members and how they can be contacted.  Other officers of the Chapter may have and maintain similar documents.  The President should also have phone and address contact information for other significant members of the HLMC National leadership structure, such as the National President, National Board members, Regional Presidents and other members across the United States.  Louis OSORIO is the current HLMC Colorado Chapter President.  Between approximately 2010 and 2011 **Lawrence MARTIN** served as the Colorado Chapter President.
- <u>Chapter Vice-President</u>:  The Vice-President of HLMC is the second highest ranking officer specifically assigned to a chapter.  The Vice-President is generally tasked with coordinating and running HLMC Chapter meetings.  Other tasks

HLMC_ATF_SW_000250

assigned to the Vice-President are matters concerning HLMC Probationary members and Prospects. Between 2009 and 2011 **Sheps KHAMSAHU** served as the HLMC Colorado Chapter Vice-President. Currently **Johnie MYERS** serves as the Vice-President. **MYERS** also currently maintains his role as the HLMC Treasurer.

- Treasurer: The Treasurer of HLMC is responsible for maintaining and accounting for HLMC finances. The Treasurer keeps records of dues paid by HLMC Members, Prospects and Probationary members. All bills associated with maintaining the HLMC clubhouse are the primary responsibility of the Treasurer. Therefore, the Treasurer must ensure that rent, utilities and other expenses are paid. The Treasurer is one of the members with access to a safe which is maintained in the HLMC clubhouse. The Treasurer is authorized to take money out of the safe to be put into use for buying alcohol or other items to be used at HLMC parties. According to CIs, HLMC formerly maintained a bank account for the club, but has since started filtering all of its money through the bank account of the Treasurer, **Johnie MYERS**. Investigators have uncovered that money (most often cash) is deposited prior to a check being written for rent or other expenses. In the Western Region of HLMC, **MYERS** is additionally responsible for sending National dues to members in the Southern Region. It is believed that HLMC maintains a National bank account in which funds are deposited and maintained.

- Secretary: The Secretary of HLMC is responsible for keeping notes and documents for the organization. The Secretary is sometimes tasked with (though

HLMC_ATF_SW_000251

not always required to) keep and maintain notes of HLMC member meetings. These notes and other documents are maintained by the Secretary for use by leadership both nationally and locally. **Thomas SCHRAH, Jr.** is the current and longtime designated Secretary of the HLMC Colorado Chapter.

25. CI-1 was able to describe the membership structure of HLMC as progressing from a "Hang Around" to becoming a "Christened" or "Tattooed" member:

- "Hang Around" status is an informal identifier of an individual who is getting to know members of HLMC in the hopes of joining the organization.

- The second phase of membership is becoming an HLMC "Prospect". This phase is the lowest level of membership. "Prospects" are required to have a member as a "sponsor". They are required to fill out a membership application or "dossier" (as it is described by HLMC members) which requires their name, date of birth, social security number and other identifying information. This "dossier" is allegedly sent to specific (though unknown to the CIs) HLMC members who conduct a background check on the individual. "Prospect" members have a duct-taped letter "P" placed on the back of their vests until such a time as they begin earning the patches of the OMG three-piece patch (patches worn on a leather vest and used by OMGs to identify OMG members by club, and region). "Prospects" first earn their "Top Patch" or "Top Rocker" which identifies an OMG by name (specifically, in this case the "Top Rocker" reads "Hell's Lovers"). After a period of time the "Prospect is able to earn the "Bottom Rocker" piece of the three-piece patch set. The "Bottom Rocker" typically is used by OMGs to identify Chapter or Region with which that member is specifically associated. In this case the

HLMC_ATF_SW_000252

"Bottom Rocker" reads "Colorado". Lastly, "Prospects" are able to earn their "Center Patch". This is typically the logo of the OMG to which the individual belongs. The HLMC logo is a yellow Maltese or Iron Cross behind a skull and cross-bones. The skull has a bleeding bullet wound on the top of the head. The process of earning the three patches can take up to two (2) years. Once an individual has earned all three (3) of their patches they are referred to as a "Probationary" or "Probate" member of the club.

- Probationary members within the HLMC OMG wear a full set of the three-piece patches, but are not considered full members. Prospect and Probationary members generally have the same duties and responsibilities. They are not allowed to attend "Christened" member portions of Chapter meetings and are sent outside of the room. Prospect and Probationary members are required to come to the clubhouse one night out of the week to clean and perform other tasks for "Christened" members.

- The final phase of membership is known as becoming a "Christened Member". Full members of HLMC are referred to as "Christened" or "Tattooed" brothers of the club. This is due to the origin of HLMC which traces its roots to the Gangster Disciples gang and to the fact that full members are identified by a tattoo on the member's right forearm which shows the HLMC logo and date of the individual's "Christening". Individuals are not allowed to pass from Probationary member to Christened member until at least four (4) years of association with the club. Individuals are required to learn about the history of the club and must be able to recite the Hell's Lovers Prayer: "I am what I am, a Hell's Lover and that I ain't,

HLMC_ATF_SW_000253

I'll never be". The individual is then given a "Christened" name (a nickname or moniker) which is only known to and used only by "Christened" members.

26. CI-1 described that the HLMC clubhouse was used as an after-hours bar and that individuals who were not HLMC members were charged a cover charge to come into the clubhouse and then were charged for food and drink at the HLMC "bar". The money collected from unlicensed alcohol sales further assisted in maintaining HLMC clubhouse and member activities. CI-1 further described that HLMC members and associates used and distributed narcotics in the clubhouse. Specifically, CI-1 mentioned that cocaine was used and trafficked in the clubhouse by members and associates and that marijuana was often used within the clubhouse. According the CI-1, cocaine and marijuana were used and distributed at the clubhouse most frequently during functions such as parties or member meetings. CI-1 specified that Corey RILEY, the former Western Regional President of HLMC and long time Colorado Chapter member traffics large amounts of cocaine in Colorado and across the United States. CI-1 also mentioned that HLMC member **Calvin RILEY,** former HLMC Colorado Chapter President and longtime Colorado Chapter member, dealt cocaine within the clubhouse. CI-1 mentioned that **Sheps KHAMSAHU,** former Colorado Chapter Vice-President and current Western Regional President, and HLMC member Kirk JONES sold high grade marijuana and that marijuana was often brought to the clubhouse for consumption by other members and HLMC associates.

27. When asked about the possession and use of firearms at the HLMC clubhouse, CI-1 stated that members were generally expected to have a firearm on their person at all times. When asked to identify members who possessed firearms, the CI stated that it was

HLMC_ATF_SW_000254

easier to mention which members did not typically carry firearms. CI-1 further described several incidents in which firearms were brandished and/or fired by HLMC members at the clubhouse. These incidents included a drug dispute between members of HLMC and the Crips street gang, and other gang confrontations, "disrespect" of HLMC members by "civilians" attending an HLMC function and numerous other incidents.

28. CI-1 described that prostitutes were often brought to the clubhouse for use by HLMC members. The CI stated that HLMC member **Romell BULLOCK** was a "pimp" and often brought prostitutes to the clubhouse that were subsequently provided for "use" by HLMC members. According to CI-1 and information learned from various other interviews, these prostitutes often brought and used drugs, specifically cocaine and "ecstasy" pills while in the clubhouse.

29. CI-1 was able to purchase cocaine from HLMC member **Calvin RILEY** on two occasions. Additionally, the CI purchased cocaine and crack cocaine from several other members and associates of HLMC. On one occasion, HLMC member Jody WALTON "fronted" (provided on consignment) CI-1 a small amount of cocaine at the HLMC clubhouse and instructed that CI-1 pay a female associate of HLMC for the cocaine. The CI also completed transactions at locations other than the HLMC clubhouse. The CI purchased firearms and other items from HLMC members, HLMC associates, and persons whom the CI met through HLMC associations, which supported the information that CI-1 provided to law enforcement.

30. CI-1 provided information relating to other criminal activities of HLMC. HLMC is a "black and blue" OMG, which means that HLMC members often enforce discipline through the means of physical assaults against members who have violated or are

HLMC_ATF_SW_000255

believed to have violated HLMC rules. Other violent HLMC activities include assaults at the HLMC clubhouse, a homicide possibly perpetrated by an HLMC member in Kansas City, Kansas, and various violations of federal firearms laws.

31. In approximately February, 2009, your affiant along with DPD Police Detective Billy Csikos interviewed and debriefed a "Christened" member of HLMC (hereafter referred to as CI-2). CI-2 is not a previously convicted felon. At no time during this investigation has CI-2 provided information to law enforcement for consideration related to any outstanding or ongoing criminal investigation. To the best of my knowledge CI-2 has provided truthful and substantive information to SAs and law enforcement officers. CI-2 provided information relating to narcotics trafficking by HLMC members, specifically, **Sheps KHAMSAHU** distributing cocaine and marijuana, and Kirk JONES distributing marijuana. CI-2 described that HLMC member **Romell BULLOCK** was trafficking firearms.

32. CI-2 has subsequently described cocaine trafficking by HLMC members to include **Calvin RILEY** and **Corey RILEY**. According to CI-2, most of the drug trafficking is conducted by high ranking members within the HLMC organization. According to CI-2, while CI-2 was a Prospect and Probationary member of HLMC, HLMC Colorado Chapter member **Calvin RILEY** regularly instructed CI-2 to pickup and deliver cocaine and other drugs to various individuals around the Denver Metro Area. CI-2 believes that **Corey RILEY, Calvin RILEY** and other HLMC members to include **Richard JOHNSON** continue to use Prospect and Probationary members to conduct criminal acts at their direction and under the auspice of the HLMC organization.

HLMC_ATF_SW_000256

33. When asked about drug use at the clubhouse, CI-2 stated that cocaine and marijuana are commonly and often used at the HLMC clubhouse. The CI-2 stated that cocaine is typically ingested in the restroom or backroom of the clubhouse during HLMC parties in which "civilians" or non-members of HLMC are present at the clubhouse. However, the CI-2 stated that marijuana is used by members and civilians alike in the open areas of the HLMC clubhouse during parties.

34. Between the dates of approximately August 2009 and March 2010 an ATF CI (hereafter referred to as CI-3), who is a long time associate of HLMC attended several parties at the HLMC clubhouse. CI-3 is not a previously convicted felon. It should be noted that CI-3 has several arrests to include a felony arrest, but has never been convicted of a felony crime. At no time during this investigation has CI-3 provided information to law enforcement for consideration related to any outstanding or ongoing criminal investigation. To the best of my knowledge CI-3 has provided truthful and substantive information to SAs and law enforcement officers.

35. Throughout the involvement of CI-3 in this investigation, CI-3 was able to provide information to SAs relating to drug use and trafficking by HLMC members. CI-3 was able to conduct controlled purchases of cocaine from HLMC member Odis JENKINS and spoke with former HLMC Colorado Chapter President **Lawrence MARTIN** about cocaine purchases. According to CI-3 cocaine and marijuana use occurred regularly at the HLMC clubhouse. CI-3 was instructed by former HLMC Colorado Chapter President **Lawrence MARTIN** to purchase cocaine from HLMC member Odis JENKINS. CI-3 witnessed a cocaine transaction between HLMC member **Calvin RILEY** and an unidentified male in a backroom of the HLMC clubhouse. Additionally, CI-3 mentioned

HLMC_ATF_SW_000257

that various HLMC members wanted CI-3 to ingest cocaine in order to "prove that he is not a cop".

36. CI-3 made several recorded telephone calls to HLMC member Odis JENKINS and to **Lawrence MARTIN**. During one such recording **MARTIN**, then the HLMC Colorado Chapter President, instructed CI-3 to purchase cocaine only from "his people" (meaning HLMC members).

37. In approximately January, 2010, your affiant and SA Russell interviewed and debriefed an ATF CI (hereafter referred to as CI-4). CI-4 is a "Christened" member of HLMC. CI-4 is not a previously convicted felon. It should be noted that CI-4 has several arrests to include a felony arrest but has never been convicted of a felony crime. CI-4 provided information, conducted controlled purchases and introduced an ATF UC to the HLMC OMG for consideration relating to possible felony drug charges in this investigation. To the best of my knowledge CI-4 has provided truthful and substantive information to SAs and law enforcement officers.

38. When interviewed by SAs, CI-4 admitted to having previously purchased cocaine from several HLMC members, including but not limited to, current HLMC Western Regional President **Sheps KHAMSAHU** and from former HLMC Western Regional Boss **Corey RILEY**. CI-4 provided information to me relating to drug trafficking and drug use by HLMC members including **Richard JOHNSON, Calvin RILEY, Sheps KHAMSAHU,** Kirk JONES, and **Corey RILEY**, among others.

39. CI-4 conducted several controlled purchases of cocaine from former HLMC Regional President **Corey RILEY**. These purchases took place at 2331 Pontiac Street, Denver, Colorado, at the time the home address of **Corey RILEY**. Recordings were made of the

HLMC_ATF_SW_000258

conversations involved in the controlled purchases. Your affiant has reviewed these recordings.

40. When later debriefed about drug use and activities at the HLMC clubhouse by SAs, CI-4 stated that cocaine and marijuana are commonly used by HLMC members and associates at the HLMC clubhouse. CI-4 mentioned that HLMC member **Calvin RILEY** often distributes cocaine at the clubhouse for consumption. Additionally, the CI noted that many HLMC members and associates smoke marijuana at the clubhouse during HLMC gatherings.

41. CI-4 introduced ATF SA West Jackson, acting in an undercover capacity (UC), to HLMC members. SA Jackson attended several HLMC parties at the HLMC clubhouse. At these parties, SA Jackson observed the use of marijuana and cocaine by HLMC members and associates. On several occasions SA Jackson was confronted and questioned by HLMC members, including but not limited to HLMC member **Joseph KNIGHT**, who stated that SA Jackson needed to either "smoke some weed" (ingest marijuana), "take a bump" (ingest an amount of cocaine) or "eat some pussy" (perform oral sex) on a prostitute attending the HLMC party, so that HLMC members would not think that SA Jackson was a law enforcement officer. Former HLMC Western Regional President **Corey RILEY** spoke with SA Jackson and offered to pay for a prostitute. When SA Jackson declined, **Corey RILEY** continued, "well at least let her suck your dick" (allow the prostitute to perform oral sex on the UC). This all took place at the HLMC clubhouse.

42. On or about August 14, 2010, during one trip to a party held at that HLMC clubhouse SA Jackson was taken to a backroom of the HLMC clubhouse by the HLMC Colorado Chapter President at the time **Lawrence MARTIN** and HLMC member Jesse JONES, Jr.

HLMC_ATF_SW_000259

Lawrence MARTIN invited SA Jackson to join the HLMC OMG as a member of the HLMC "Support Club" known as the "Lover's Crew". MARTIN advised SA Jackson that SA Jackson would be required to pay dues of $25 per month to HLMC. Additionally, MARTIN informed SA Jackson that because SA Jackson was not coming into the club as a Prospect member that SA Jackson would not have to perform any robberies for the club. SA Jackson recorded many of these encounters, and I have reviewed these recordings.

43. SA Jackson was able to observe firearms in the possession of many HLMC members while attending parties and functions at the HLMC clubhouse. Specifically, SA Jackson noted firearms in the possession of many members including Sheps KHAMSAHU, Solomon YOUNG, Darrell PARKER, Lawrence MARTIN, and George GADDY. It should be noted that Solomon YOUNG, Darrell PARKER, Lawrence MARTIN and George GADDY are previously convicted felons and are prohibited under Title 18 U.S.C. § 922(g) from possessing firearms.

44. In approximately February, 2011, SAs developed another "Christened" member of the Colorado Chapter of HLMC as a CI (hereafter referred to as CI-5). CI-5 is not a previously convicted felon. It should be noted that CI-5 has several previous arrests. CI-5 provided information, conducted controlled purchases, recorded HLMC member meetings and performed other actions as directed by SAs for consideration relating to possible charges in this investigation. To the best of my knowledge CI-5 has provided truthful and substantive information to SAs and law enforcement officers.

45. CI-5 provided information as to drug dealings, drug use, firearms violations, assaults and other activities by HLMC members and associates which take place at the HLMC

HLMC_ATF_SW_000260

clubhouse. According to CI-5, HLMC member **Corey RILEY** and **Sheps**

**KHAMSAHU** taught CI-5 how to sell cocaine. CI-5 admitted to having purchased

cocaine from several HLMC members including Milton NEWBORN, **Sheps**

**KHAMSAHU** and **Corey RILEY**. Between the dates of March 30, 2011 and July 10,

2011, CI-5 made approximately seven (7) controlled purchases of cocaine from **Corey**

**RILEY** at **RILEY's** residence located at 2331 Pontiac St., Denver, CO. **Corey RILEY**

continued to instruct CI-5 how to cut (increase the volume of the cocaine by adding a

non-narcotic substance in order to make more money from each transaction) the cocaine

and profit from drug trafficking. Recordings were made of conversations involved in the

controlled purchases. Your affiant has reviewed the recordings.

46. **It should be noted that the CIs and the ATF UC information concerning the use of**
**drugs and the possession of firearms at the HLMC clubhouse was gathered over**
**approximately three (3) years. This information proved to be consistent and**
**verifiable.**

47. On or about August 23, 2011, ATF SAs separately debriefed CI-2, CI-4 and CI-5 (all

three (3) CIs are currently or have been "Christened" members of HLMC). The purpose

of these interviews was to discuss and clarify HLMC standard practices relating to illegal

activities. Each of the CIs stated that drug use at the HLMC clubhouse is prevalent. In

approximately July, 2011 the HLMC clubhouse was moved to 4100 Garfield St., Denver,

CO. The CIs described that although the structure at 4100 Garfield Street is smaller than

clubhouses previously utilized by HLMC, the HLMC still has parties in which "civilians"

are in attendance and drugs are still used and trafficked at the location. CI described

**Calvin RILEY** as having dealt cocaine out of the clubhouse for years and continues to

HLMC_ATF_SW_000261

do so despite the fact that he has spent most of the previous two (2) years on Probation for a felony conviction of Attempting to Influence a Public Official, Tampering with Evidence and other counts relating to Arapahoe County Court Case 2008CR000595.

48. The three (3) CIs further stated that marijuana use occurs often at the HLMC clubhouse. The CIs stated that various members supplied marijuana for consumption at the clubhouse, but each agreed that HLMC member **Sheps KHAMSAHU** often supplied marijuana at the HLMC clubhouse and most recently at 4100 Garfield Street, Denver, Colorado. The use of marijuana at the clubhouse was verified by ATF UC SA Jackson on each occasion in which he attended functions at the HLMC clubhouse.

49. CI-2, CI-4 and CI-5 each stated that the clubhouse is paid for and maintained, to include cable television, utilities and other expenses, through the monies obtained through HLMC member dues. CIs stated that HLMC members are each required to pay $50 per month and are further required to pay $30 approximately every three (3) months for "National" or "Regional" dues. CI-5 stated that these "National" dues go into a National HLMC account which currently has approximately $20,000. CIs continued that dues are either paid to the HLMC president or to HLMC member **Johnie MYERS**, the current Vice-President and longtime Treasurer of the HLMC Colorado Chapter.

50. Each CI stated that **Johnie MYERS** maintains a notebook which accounts for members who owe dues or other money to HLMC. The CIs agreed that **MYERS** maintains this notebook on his person and does not leave it at the clubhouse. Additionally, **MYERS** pays for HLMC expenses such as rent, utilities, and often arranges hotels for club members attending "runs" (organized trips by OMG members) away from the city of Denver, Colorado.

HLMC_ATF_SW_000262

51. Additionally, the CIs described that dues could be placed into a safe located at the HLMC clubhouse. The CIs stated that money made from the illegal sale of liquor at the HLMC bar and some dues were stored in this safe. CIs further stated that a carbon copy receipt book is maintained with the safe and that each "drop" (each time money is put into the safe) required that a receipt be filled out to accompany the "drop". CIs stated that the safe and receipt book are maintained "behind" the HLMC bar and that only a few members of HLMC have access to the safe.

52. According to information provided by CI-2, CI-4 and CI-5, additional money is obtained for the HLMC Colorado chapter through the illegal sale of liquor at the HLMC clubhouse. It should be noted that CIs have stated, and SAs have verified, that no Colorado license to sell or distribute alcohol is possessed or been applied for by any organization or individual of HLMC. Monies obtained through the sale of alcohol, along with Chapter dues, are used to pay for more alcohol, the HLMC clubhouse and associated expenses, travel expenses for HLMC leadership, travel arrangements for HLMC national leadership attending any function or event located at or near the chapter and other expenses deemed to be in furtherance of HLMC activities.

53. Money from "National" or "Regional" dues goes to HLMC National leadership. HLMC National leadership keeps this money and must give an accounting of HLMC National funds yearly at the HLMC National Run or meeting. At these meetings the President of each HLMC Chapter must give an account for and balance of each individual HLMC Chapter's finances. A national leader (often the HLMC National President) must then give an accounting for and balance of the National HLMC finances. According to CI-5, at the 2011 HLMC National Run, the HLMC National President stated that $20,000 was

HLMC_ATF_SW_000263

currently held in the HLMC National account. According to CI-5, money maintained by HLMC National leaders has recently been used to begin purchasing clubhouses for HLMC Chapters. Specifically, the HLMC clubhouse in Memphis, Tennessee was allegedly purchased with money from the HLMC National account.

54. CI-2, CI-4 and CI-5 were able to recount and describe several incidents in which HLMC members and associates have been physically assaulted at the HLMC clubhouse. HLMC is known as a "Black and Blue" club which means that discipline among members is often physical assaults for violations or perceived violations of HLMC club rules, such as talking to the "wrong" people. HLMC member Lawrence IJAMES was physically assaulted by former HLMC Western Regional President **Corey RILEY** for talking to a former HLMC member who had quit the organization. SAs know that IJAMES was assaulted on or about November 10, 2010. Each of the CIs was able to describe other such incidents occurring at the HLMC clubhouse. Typically, these assaults have been carried out by HLMC members **Corey RILEY, Calvin RILEY, Richard JOHNSON, Lawrence MARTIN, Sheps KHAMSAHU,** and other high ranking members of HLMC.

55. SAs have information of assaults against other HLMC Colorado Chapter members including Odis JENKINS, Louis OSORIO, and Joseph KNIGHT. Additionally, SAs learned of an HLMC member associated with the Kansas City Chapter of HLMC and identified only as "STICKS" who was severely beaten for questioning the use of club money by HLMC leadership. CI-3 provided photographs of "STICKS" after the assault which showed multiple injuries to the face. CIs have further provided information relating to multiple assaults which have taken place at the HLMC clubhouse against "civilians" attending HLMC parties.

HLMC_ATF_SW_000264

56. Additionally, your affiant and other investigators in this investigation have uncovered acts of violence associated with HLMC members across the United States. On or about July 17, 2010 the Regional President of the Wheel's of Soul (WOS) Motorcycle Club was shot and killed while in his garage at his residence in Chicago, Illinois. It was believed among the OMG community that members of HLMC in Chicago, Illinois were responsible for this incident. Additionally, two (2) HLMC members in the Texas Chapter physically assaulted an off-duty police officer and stole his badge and firearm. The police officer was a member of a law enforcement motorcycle organization located nearby to the HLMC clubhouse in Texas. On or about November 7, 2010 members of the HLMC Colorado Chapter got into a shooting with members of the WOS Motorcycle Club in Aurora, Colorado. HLMC Probationary member Christopher Williams is the primary suspect having been involved in two "Home Invasion" style robberies around the Denver Metro Area. On or about May 25, 2010, Christopher WILLIAMS is believed to have taken part in a robbery in armed men forced entry into the residence of a marijuana distributor. The individual was shot in the leg during the attempted robbery. Additionally, Christopher WILLIAMS is being investigated as a suspect relating to a homicide of a marijuana distributor in Arvada, Colorado. SAs have been able to verify these and other incidents and acts of violence perpetrated or allegedly perpetrated by HLMC members and associates.

57. Throughout this investigation it has been brought to the attention of law enforcement officers that HLMC members often carry firearms on their person. At various times members have been ordered by HLMC leadership to carry firearms in order "to protect themselves". HLMC leaders have, at various times, instructed HLMC members to make

HLMC_ATF_SW_000265

sure that their firearms are "clean" (are not tied to any particular crimes) or to get a clean "one" (firearm). Throughout this investigation it has been discovered that many HLMC members or associates are previously convicted felons for crimes including, but not limited to, homicide, rape, sexual assault on a child, assault, possession of a controlled substance, firearms violations, and other crimes. These firearms are often kept in the vehicle or on the person of these members.

58. I have also become aware that on or about June 12, 2007 an individual (identified herein as Z.A.) was arrested while on a train traveling between Denver, Colorado and Cleveland, Ohio in possession of approximately one (1) kilogram of cocaine. Z.A. has spoken to law enforcement officers on several occasions and has agreed to testify on behalf of the government relating to the source of the cocaine. Between or about the dates of February 2005 and June 2007, Z.A. served as a drug courier between Denver, Colorado and Ohio. Z.A. describes that he was recruited to take the place of an individual identified as Michael FROST, an admitted HLMC member in Cleveland, Ohio. Z.A. describes that he was introduced to an individual identified known to Z.A. as "Manuel". Z.A. describes that he first met "Manuel" at the clubhouse of a motorcycle club and that several other members of this motorcycle club were present at this meeting. Z.A. was able to positively identify (through the use of a photo-lineup) "Manuel" as **Corey L. RILEY**, and further identified a photo of **Calvin RILEY** as having attended the initial meeting. Z.A. stated that he received between 5 and 7 kilograms of cocaine from **Corey RILEY** ("Manuel") and transported the cocaine to Cleveland for sale. On one occasion Z.A. further details meeting "Manuel" in Memphis, Tennessee and receiving approximately one (1) kilogram of cocaine while **Corey RILEY** was attending

HLMC_ATF_SW_000266

a National Run for the Hell's Lovers Motorcycle Club. Z.A. has been convicted of several felonies. Z.A. is cooperating with law enforcement in the expectation that his sentence may eventually be reduced by the Court as a result of his cooperation.

### Records Maintained by Officers of HLMC

59. Based upon my interviews with the CIs and the ATF UC and my work in this investigation, I know that HLMC members are different from many other criminal enterprises in that they keep extensive written documentation of their rules and activities.

60. The Regional and Chapter Presidents are responsible for maintaining rosters of the members (to include Prospects and Probationary members) of their respective Chapter and Geographical area.

61. The Regional and Chapter Presidents are responsible for maintaining the portions of the three-piece patches which denote membership and advancement within HLMC.

62. The Regional President maintains a "stencil" which is used to apply the HLMC "tattoo" which members receive once they have been "Christened" and become full members of the HLMC OMG.

63. The Treasurer maintains a monetary record of financial credits and debits of the Chapter. This includes monthly lists of dues paid/owed, total money currently on hand for the Chapter, receipts for payments and other expenses and other financial records relating to the Chapter and to dues paid to the HLMC National account.

64. The Secretary is responsible for taking and maintaining notes of the Chapter's meetings.

65. CIs have stated that HLMC member **Johnie MYERS** is the current HLMC Colorado Chapter Treasurer. CIs state that MYERS maintains a notebook which details current accounts and financial records relating to HLMC so that he can ask for and keep a record

HLMC_ATF_SW_000267

of membership dues. And that **MYERS** maintains receipts and other financial records at his residence.

66. CIs have stated that **Thomas SCHRAH** is the Secretary of the HLMC Colorado Chapter. **SCHRAH** maintains a notebook which details meeting minutes and other club activities. CIs have stated that **SCHRAH** maintains this notebook on his person while attending HLMC meetings, but maintains past minutes and club activity documents at his residence.

67. CIs working with law enforcement and having been current or former "Christened" members of HLMC have stated that Joseph KNIGHT maintains a notebook at his residence which contains HLMC By-Laws, Rules, notes relating to the founding of HLMC and club history, newspaper clippings relating to HLMC from across the United States and other information to instruct Prospect and Probationary members. CIs have stated that this notebook is primarily used by Probationary members preparing for their "Christening" ceremony.

68. I know from my work throughout this investigation that members are required to fill out a membership application or "dossier". This form is provided to every individual at the time that they attempt to join HLMC across the United States. This "dossier" asks for personal information such as name, date of birth, social security number, and other identifying information. HLMC members use these "dossiers" to investigate the prospect, in part, to determine if the individual is a law enforcement officer.

## CONCLUSION

69. Based on the information described above and provided herein, your affiant believes and respectfully submits there is probable cause to believe that evidence of and supporting

HLMC_ATF_SW_000268

charges of conspiracy, illegal drug trafficking, maintenance of a drug involved premises, illegal possession and use of firearms, evidence to support money laundering and evidence and other documentary materials supporting CCE, RICO Conspiracy and VCAR and related crimes will be found at each of the described locations.

- As to **17021 Bennett Drive, Parker, Colorado**, the address of **Corey L. RILEY**, and based on the above stated facts and observations, I believe that concealed at this location are records, documents, telephone lists, membership rosters relating to the Colorado Chapter and other Chapters of HLMC across the Western Region and the United States, documents relating to the organization of HLMC, records to reflect national motorcycle runs (out of town trips made by OMGs), records referring to the responsibilities of officers of HLMC both in Colorado and in other Chapters across the United States, financial records relating to HLMC activities, HLMC vests, patches, t-shirts, and other memorabilia evidencing an association with HLMC.

- As to **50 S Trenton Street, Denver, Colorado**, the address of **Sheps H. KHAMSAHU**, and based on the above stated facts and observations, I believe that concealed at this location are records, documents, telephone lists, membership rosters relating to the Colorado Chapter and other Chapters of HLMC across the Western Region and the United States, documents relating to the organization of HLMC, records to reflect national motorcycle runs (out of town trips made by OMGs), records referring to the responsibilities of officers of HLMC both in Colorado and in other Chapters across the United States, financial

HLMC_ATF_SW_000269

records relating to HLMC activities, HLMC vests, patches, t-shirts, tattoo stencils
and other memorabilia evidencing an association with HLMC.

- As to **3163 W 63rd Avenue, Denver, Colorado**, the address of **Johnie A.
MYERS**, and based on the above stated facts and observations, I believe that
concealed at this location are records, documents, telephone lists, membership
rosters, documents relating to the organization of HLMC, records referring to the
responsibilities of HLMC Prospect and Probationary members, financial records
relating to the clubhouse, HLMC activities, Chapter dues, National dues, and
other accounts and account information including information related to the
National HLMC monetary account, HLMC vests, patches, t-shirts and other
memorabilia evidencing an association with HLMC.

- As to **7438 Quitman Street, Westminster, Colorado**, the address of **Thomas A.
SCHRAH, Jr.**, and based on the above stated facts and observations, I believe
that concealed at this location are records, documents, telephone lists,
membership rosters, documents relating to the organization of HLMC, records
referring to the responsibilities of HLMC Prospect and Probationary members,
meeting notes and other meeting documents relating the Colorado Chapter of
HLMC and other OMG meetings, HLMC vests, patches, t-shirts and other
memorabilia evidencing an association with HLMC.

- As to **10511 Tucson Street, Commerce City, Colorado**, the address of **Gregory
A. COLLINS**, and based on the above stated facts and observations, I believe that
concealed at this location are records, documents, telephone lists, membership
rosters, documents relating to the organization of HLMC and the HLMC National

HLMC_ATF_SW_000270

structure, records relating to meetings of the HLMC National Board, HLMC

vests, patches, t-shirts and other memorabilia evidencing an association with

HLMC.

- As to **2590 Grape Street, Denver, Colorado**, the address of Joseph T. KNIGHT,

  and based on the above stated facts and observations, I believe that concealed at

  this location are records, documents, telephone lists, documents relating to the

  organization of HLMC, documents intended for the instruction of HLMC

  prospect and probationary members, HLMC vests, patches, t-shirts and other

  memorabilia evidencing an association with HLMC.  The documents kept and

  maintained by Joseph KNIGHT are intended to demonstrate the organization,

  structure and national scope of the HLMC OMG should further conspiracy

  charges be sought in this or any future investigation.

Assistant United States Attorney Guy Till reviewed this affidavit on January 18, 2012.

70. Based on the above stated facts and observations, I have reasonable cause to believe that

the individuals named in this affidavit and residing at the locations listed herein and

specifically described in the respective Attachment A of each Application, are currently

involved in the crimes including, but not limited to: Title 18 U.S.C. §§ 1962(c) and (d),

RICO and RICO Conspiracy, Title 18 U.S.C. § 1959, VCAR, Title 21 U.S.C. §§ 841 and

846, Possession with Intent to Distribute and Conspiracy to Distribute Narcotics, Title 21

U.S.C. § 856, Maintaining a Drug Involved Premises, Title 18 U.S.C. § 922(g),

HLMC_ATF_SW_000271

Possession of a Firearm by Prohibited Persons, Title 18 U.S.C. § 924 (c), Possession of a Firearm in furtherance of Drug Trafficking, and Title 18 U.S.C. § 1956, Money Laundering. Further, I have cause to believe that HLMC members possess firearms in furtherance of RICO and VCAR violations as well as possessing firearms in furtherance of drug trafficking offenses, in violation of Title 18 U.S.C. § 924(c).

71. Therefore, I respectfully request that this court issue a Search Warrant for the locations enumerated and described within this affidavit and further described in Attachment A of each application, including any outbuildings or structures on the curtilage of each locations (as described) in order to search for illegal narcotics, firearms, books, records, receipts, notes, ledgers and U.S Currency used to aid in the distribution, transportation, ordering, or purchasing of narcotics, photographs, video tapes, written correspondences, drug scales, and other evidence as described in Attachment B these applications. Your affiant knows these items to be tangible evidence of violations of Title 18 U.S.C. §§ 1962(c) and (d), RICO and RICO Conspiracy, Title 18 U.S.C. § 1959, VCAR, Title 21 U.S.C. §§ 841 and 846, Possession with Intent to Distribute and Conspiracy to Distribute Narcotics, Title 21 U.S.C. § 856, Maintaining a Drug Involved Premises, Title 18 U.S.C. § 922(g), Possession of a Firearm by Prohibited Persons, Title 18 U.S.C. § 924 (c), Possession of a Firearm in furtherance of Drug Trafficking, and Title 18 U.S.C. § 1956, Money Laundering.

Signed this ___18___ day of January, 2012, at Denver, Colorado.

HLMC_ATF_SW_000272

4969

Jason T. Cole
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed to before me this 8th day of January, 2012, at Denver, Colorado.

United States Magistrate Judge

Page 47 of 47

HLMC_ATF_SW_000273

AO 93 (Rev. 12/09) Search and Seizure Warrant

I, the undersigned clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing document is a copy of an
original document remaining on file
in my office.
WITNESS my hand and SEAL of said
Court this 5th day of January
GREGORY C. LANGHAM
By _____ Deputy

# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No.  12-sw-5037 CBS |
| | ) |
| 17021 Bennett Drive, Parker, Colorado, more fully | ) |
| described in Attachment A, which is incorporated by this | ) |
| reference. | ) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of _____ Colorado
*(identify the person or describe the property to be searched and give its location):*
See Attachment A attached hereto and hereby incorporated by this reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the
property to be seized):*
See Attachment B attached hereto and hereby incorporated by this reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 2/1/12
                                                                                   *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been
                                                    established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Craig B. Shaffer, United States Magistrate Judge              .
_____
                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*

                              ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  1/18/12  at  3:15 pm          _____
                                                                             *Judge's signature*

City and state:  Denver, Colorado            **Craig B. Shaffer, United States Magistrate Judge**
                                                                       *Printed name and title*

HLMC_ATF_SW_000214

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 1-20-2012 8:20 PM | Copy of warrant and inventory left with: DAWN GUYER |
| Inventory made in the presence of : DAWN GUYER AND ATF SA PETE MERENYI | | |

Inventory of the property taken and name of any person(s) seized:

(4) PHOTOGRAPHS SHOWING HELLS LOVERS MOTORCYCLE CLUB ("HLMC") MEMBERS

(7) HLMC SHIRTS

(1) HLMC MEMBERS LEATHER VEST

(2) NOTEBOOKS - HANDWRITTEN NOTES CONCERNING HLMC 4RUNS, DUES OWED AND HLMC RECRUITMENT

(1) MANILA FOLDER CONTAINING HLMC MEMBERS FUNERAL NOTICE AND HLMC CHRISTMAS CARD.

(1) TRANSTER STUB IN THE NAME OF COREY RILEY AT 17021 BENNETT DR. PARKER, COLORADO.

(1) AT&T CELLULAR TELEPHONE BELIEVED TO BE UTILIZED BY COREY RILEY.

(1) HLMC BEANIE HAT

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/01/2012

Executing officer's signature

SA JASON COLE
Printed name and title