# ATTACHMENT 1

# ADVISEMENT FORM
## FORMULARIO DE NOTIFICACIÓN

Name / Nombre: COREY L. RILEY

Date of Birth / Fecha de nacimiento: 11/28/69

Date / Fecha: 7/14/2011

Time / Hora: 4600

Location / Localidad: 2331 PONTIAC ST DENVER, CO

Case / Número de Caso: _____

✓ You have a right to remain silent.
Usted tiene el derecho de guardar silencio.

✓ Anything you say can be used as evidence against you in court.
Cualquier cosa que usted diga puede ser utilizada como evidencia contra usted ante un tribunal.

✓ You have a right to talk to a lawyer before questioning and have him present during questioning.
Usted tiene el derecho de hablar con un abogado antes de cualquier interrogatorio y de tenerlo presente durante el interrogatorio.

✓ If you cannot afford a lawyer, one will be appointed for you, without cost to you, before questioning.
Si usted no puede pagar por un abogado, se le nombrará uno, sin costo a usted, antes del interrogatorio.

Do you understand each of these rights I have read to you?
¿Comprende usted cada uno de estos derechos que yo le acabo de leer?

Answer / Respuesta: YES

Signature of the Person Advised / Firma de la persona notificada: X Corey Riley

Signature of Advising Officer / Firma del oficial que presta notificación: _____ 4949

Knowing my rights and knowing what I am doing, I now wish to voluntarily talk to you.
Sabiendo mis derechos y sabiendo lo que hago, ahora quiero hablar con usted voluntariamente.

Signature of the Person Advised / Firma de la persona notificada: X Corey Riley

Witnessed by / Atestiguado por: _____

Signature of Advising Officer / Firma del oficial que presta notificación: _____ 4969

DPD 369 (Rev. 2/95)

* 0 6 5 0 *