IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

              Plaintiff,

v.


1.  GEORGE H. ASKEW,
2.  ROMELL E. BULLOCK,
3.  **GREGORY A. COLLINS,**
4.  **GEORGE A. GADDY,**
5.  DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  **ERIC LUGO,**
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  **COREY L. RILEY,**
14.  **THOMAS A. SCHRAH, JR.,**
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

              Defendants.

---

## GOVERNMENT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO MAKE GOVERNMENT'S *JAMES* PROFFER KNOWN TO THE DEFENSE

---

The United States of America, by the undersigned Assistant United States Attorney,

respectfully submits this motion for an enlargement of time within which to make the

Government's *James* proffer known to the defense (#317).

1

1.  According to the Courtroom Minuets dated March 15, 2012, the Government is to send the defense its written *James* proffer by May 4, 2012, the defense is to provide objections fourteen days later on May 18, 2012, and the joint *James* proffer and defense objections are to be filed seven days after, on May 25, 2012. (#317)

2.  The Government respectfully asks the Court for an enlargement until May 14, 2012, representing ten additional days, including six work days and two weekends, to disclose the Government's written *James* proffer to the defense.

3.  Government counsel has not been able to dedicate the time this important project deserves in part due to requirements in unrelated cases which emerged in recent days and in part due to some inefficiencies involving technological issues Government counsel is not very good at and probably does not understand – but it has taken Government counsel substantially more time to accomplish word processing and case management tasks than expected in the last few weeks.   By enlarging the period of time to cover two weekends, Government counsel believes he can get the time to devote to the project which the project requires.

4.  If the Court grants the Government's request, the Government respectfully suggests the Court move the date for the defense objections to May 29, 2012.  Further the Government respectfully suggests moving the date for filing the joint *James* proffer and defense objections to June 4, 2012.

5.  This case is set for trial on July 30, 2012.  This case is set for a non-evidentiary hearing on May 11, 2012.

6. The Government here advises the Court that Government counsel communicated with counsel for Mr. Riley, Mr. Lugo, Mr. Gaddy, Mr. Collins and Mr. Schrah concerning this

2

motion, and counsel for Mr. Riley, Mr. Lugo, Mr. Gaddy, Mr. Collins and Mr. Schrah do not

object to the Government's request for ten days additional time.

Respectfully submitted May 3, 2012.

JOHN F. WALSH
UNITED STATES ATTORNEY


BY: _s/ Guy Till_
GUY TILL
Assistant United States Attorney
United States Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
Telephone:  (303) 454-0100
Fax: (303) 454-0409
Guy.Till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2012, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO MAKE GOVERNMENT'S *JAMES* PROFFER KNOWN TO THE DEFENSE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0409
E-mail: Lisa.Vargas@usdoj.gov