UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
**3.  GREGORY A. COLLINS,**
**4.  GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
**8.   ERIC LUGO,**
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
**13.  COREY L. RILEY,**
**14.  THOMAS A. SCHRAH, JR.,**
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

Defendants.

---

### GOVERNMENT'S RULE 702 SUMMARY DISCLOSURE (#317)
---

The United States of America, by United States Attorney John F. Walsh, through

the undersigned Assistant United States Attorney (Government), hereby respectfully

provides this Government's Rule 702 Summary Disclosure (Attachment One) according

to Government counsel's understanding of  the Courtroom Minutes dated March 15, 2012

(#317).

1

This document and Attachment One are being filed on Friday, May 18, 2012, in anticipation of the hearing set for Monday at 4:00 p.m. in this case. The Rule 702 Summary Disclosure (Attachment One) was disclosed to the active defendants on April 20, 2012, by e-mail. To date, Government Counsel has not received anything in writing from the defense. Government counsel did have one general conversation yesterday about the Summary Disclosure. In that conversation, Government counsel expressed the view that the methodology used by chemists to analyze suspected drugs is in the realm of well established, normal science. *See, The Structure of Scientific Revolutions*, 1962, by Thomas Kuhn.

Respectfully submitted this 18th day of May 2012.

JOHN F. WALSH
United States Attorney


By:  s/*Guy Till*
GUY TILL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone:  (303) 454-0207
Fax:  (303) 454-0401
E-mail:  guy.till@usdoj.gov
Attorney for Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of May, 2012, I electronically emailed the foregoing **GOVERNMENT'S RULE 702 SUMMARY DISCLOSURE (#317)** (with Attachment One) to counsel of record in this case.

By: <u>s/ Lisa Vargas</u>
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov

3