Attachment One

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| STEPHEN SASSETTI | FORENSIC CHEMIST, DPD SEE ATTACHMENT, GOVT EX_A | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE. | **DPD ITEM 273681-1**, WEIGHED 6.399 GRAMS , CONTAINED COCAINE HC1.  PRESUMPTIVE DETERMINATION OF CHEMICAL PROPERTY WAS MADE USING THE FOLLOWING CHEMICAL TESTS: MARQUIS, COBALT THIOCYANATE, MODIFIED SCOTT'S, THE MeOH ODOR TEST AND P-DIMETHYLAMMINOBENZALDEHYDE.  FINAL CONCLUSIVE ANALYSIS WAS MADE USING INSTRUMENTAL TECHNIQUES: GAS CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS) AND INFRARED SPECTROSCOPY (IR). | |
| STEPHEN SASSETTI | FORENSIC CHEMIST, DPD SEE ATTACHMENT, GOVT EX_A | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE. | **DPD ITEM 282926-1**, WEIGHED 28.167 GRAMS , CONTAINED COCAINE BASE.  DETERMINATION OF CHEMICAL PROPERTY WAS MADE USING THE FOLLOWING CHEMICAL TESTS: MARQUIS, COBALT THIOCYANATE, MODIFIED SCOTT'S, THE MeOH ODOR TEST AND P-DIMETHYLAMMINOBENZALDEHYDE.  FINAL CONCLUSIVE ANALYSIS WAS MADE USING INSTRUMENTAL TECHNIQUES: GAS CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS) AND INFRARED SPECTROSCOPY (IR). | |
| STEPHEN SASSETTI | FORENSIC CHEMIST, DPD SEE ATTACHMENT, GOVT EX_A | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE. | **DPD ITEM 290276-1**, WEIGHED 14.415 GRAMS , CONTAINED COCAINE BASE.  DETERMINATION OF CHEMICAL PROPERTY WAS MADE USING THE FOLLOWING CHEMICAL TESTS: MARQUIS, COBALT THIOCYANATE, MODIFIED SCOTT'S, THE MeOH ODOR TEST AND P-DIMETHYLAMMINOBENZALDEHYDE.  FINAL CONCLUSIVE ANALYSIS WAS MADE USING INSTRUMENTAL TECHNIQUES: GAS CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS) AND INFRARED SPECTROSCOPY (IR). | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| STEPHEN SASSETTI | FORENSIC CHEMIST, DPD SEE ATTACHMENT, GOVT EX_A | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE. | **DPD ITEM 302741-1**, WEIGHED 7.113 GRAMS , CONTAINED COCAINE BASE.  DETERMINATION OF CHEMICAL PROPERTY WAS MADE USING THE FOLLOWING CHEMICAL TESTS: MARQUIS, COBALT THIOCYANATE, MODIFIED SCOTT'S, THE MEOH ODOR TEST AND P-DIMETHYLAMMINOBENZALDEHYDE.  FINAL CONCLUSIVE ANALYSIS WAS MADE USING INSTRUMENTAL TECHNIQUES: GAS CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS) AND INFRARED SPECTROSCOPY (IR). | |
| STEPHEN SASSETTI | FORENSIC CHEMIST, DPD SEE ATTACHMENT, GOVT EX_A | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE. | **DPD ITEM 305862-1**, WEIGHED 13.252 GRAMS , CONTAINED COCAINE HC1.  DETERMINATION OF CHEMICAL PROPERTY WAS MADE USING THE FOLLOWING CHEMICAL TESTS: MARQUIS, COBALT THIOCYANATE, MODIFIED SCOTT'S, THE MEOH ODOR TEST AND P-DIMETHYLAMMINOBENZALDEHYDE.  FINAL CONCLUSIVE ANALYSIS WAS MADE USING INSTRUMENTAL TECHNIQUES: GAS CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS) AND INFRARED SPECTROSCOPY (IR). | |
| ROEHL CINCO | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT EX_B | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE. | **ATF EXHIBIT 21 (DEA LAB 7154172)** CONTAINS COCAINE HYDROCHLORIDE; QUANTITATIVE RESULTS OF 38.5% COCAINE HYDROCHLORIDE BY WEIGHT; NET WEIGHT 3.1 GRAMS; 1.1 GRAMS ACTUAL.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY:  INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GS-MS); LIQUID CHROMATOGRAPHY WITH MASS SPECTROMETRY (LS-MS); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| ROEHL CINCO | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT EX_B | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 22 (DEA LAB 7154173)** CONTAINS COCAINE HYDROCHLORIDE; QUANTITATIVE RESULTS OF 39.2% COCAINE HYDROCHLORIDE BY WEIGHT; NET WEIGHT .41 GRAMS; .16 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GS-MS); LIQUID CHROMATOGRAPHY WITH MASS SPECTROMETRY (LS-MS); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| ROEHL CINCO | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT EX_B | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 23 (DEA LAB 7154174)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS OF 20.9% COCAINE HYDROCHLORIDE BY WEIGHT, NET WEIGHT 27.6 GRAMS, 5.7 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GS-MS); LIQUID CHROMATOGRAPHY WITH MASS SPECTROMETRY (LS-MS); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| ROEHL CINCO | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT EX_B | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 24 (DEA LAB 7154175)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS OF 21.2% COCAINE HYDROCHLORIDE BY WEIGHT, NET WEIGHT 55.5 GRAMS, 11.7 GRAMS ACTUAL.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GS-MS); LIQUID CHROMATOGRAPHY WITH MASS SPECTROMETRY (LS-MS); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| ROEHL CINCO | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT EX_B | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 26.01 (DEA LAB 7154176)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS OF 15.0% COCAINE HYDROCHLORIDE BY WEIGHT, NET WEIGHT 24.1 GRAMS, 3.6 GRAMS ACTUAL.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GS-MS); LIQUID CHROMATOGRAPHY WITH MASS SPECTROMETRY (LS-MS); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| ROEHL CINCO | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT EX_B | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | ATF EXHIBIT 26.02(DEA LAB 7154176) CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS OF 23.9% COCAINE HYDROCHLORIDE BY WEIGHT, NET WEIGHT 20.6 GRAMS, 4.9 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GS-MS); LIQUID CHROMATOGRAPHY WITH MASS SPECTROMETRY (LS-MS); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| ROEHL CINCO | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT EX_B | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | ATF EXHIBIT 28 (DEA LAB 7154211) CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS OF 24.9% COCAINE HYDROCHLORIDE BY WEIGHT, NET WEIGHT 55.8 GRAMS, 13.8 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GS-MS); LIQUID CHROMATOGRAPHY WITH MASS SPECTROMETRY (LS-MS); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | ATF EXHIBIT 29 (DEA LAB 7155674) CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 37.2% BY WEIGHT, 13.0 GRAMS NET WEIGHT, 4.8 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 30 (DEA LAB 7155675)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 23.3% BY WEIGHT, NET WEIGHT 50.6 GRAMS, 11.7 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 32 (DEA LAB 7155676)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 30.3% BY WEIGHT, 28.5 NET WEIGHT, 8.6 GRAMS ACTUAL.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 34 (DEA LAB 7155677)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 23.6% BY WEIGHT, 53.4 NET WEIGHT, 12.6 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | ATF EXHIBIT 35 (DEA LAB 7156014) CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 53.4 % BY WEIGHT, 50.9 NET WEIGHT, 27.1 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | ATF EXHIBIT 36 (DEA LAB 7156015) CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 30.1% BY WEIGHT, 27.4 NET WEIGHT, 8.2 GRAMS ACTUAL.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | ATF EXHIBIT 38 (DEA LAB 7167062) CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 34.7% BY WEIGHT, 12.9 GRAMS NET WEIGHT, 4.4 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); RAMAN SPECTROSCOPY; CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 42 (DEA LAB 7167063)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 34.9% BY WEIGHT, 55.5 GRAMS NET WEIGHT, 19.3 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); RAMAN SPECTROSCOPY; CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 43 (DEA LAB 7167064)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 32.6% BY WEIGHT, 53.3 GRAMS NET WEIGHT, 17.3 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 44 (DEA LAB 7167065)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 66.4% BY WEIGHT, 26.3 GRAMS NET WEIGHT, 17.4 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 45 (DEA LAB 7159908)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 34.0% BY WEIGHT, 50.6 GRAMS NET WEIGHT, 17.2 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 46 (DEA LAB 7159909)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 67.0% BY WEIGHT, 26.3 GRAMS NET WEIGHT, 17.6 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 47 (DEA LAB 7159910)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 65.6% BY WEIGHT, 27.7 GRAMS NET WEIGHT, 18.1 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 48 (DEA LAB 7159911)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 62.4% BY WEIGHT, 24.8 GRAMS NET WEIGHT, 15.4 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 49 (DEA LAB 7159912)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 75.0% BY WEIGHT, 55.4 GRAMS NET WEIGHT, 41.5 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 54 (DEA LAB 7164118)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 58.2% BY WEIGHT, 13.5 GRAMS NET WEIGHT, 7.8 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 55 (DEA LAB 7164119)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 64.8% BY WEIGHT, 13.5 GRAMS NET WEIGHT, 8.7 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 56 (DEA LAB 7164120)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 63.9% BY WEIGHT, 13.6 GRAMS NET WEIGHT, 8.6 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 57 (DEA LAB 7164121)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 78.1% BY WEIGHT, 13.7 GRAMS NET WEIGHT, 10.6 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 58 (DEA LAB 7164122)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 75.8% BY WEIGHT, 27.4 GRAMS NET WEIGHT, 20.7 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 59 (DEA LAB 7165780)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 61.2% BY WEIGHT, 127.2 GRAMS NET WEIGHT, 77.8 GRAMS ACTUAL.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 60 (DEA LAB 7165781)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 65.3% BY WEIGHT, 7.1 GRAMS NET WEIGHT, 4.6 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 62 (DEA LAB 7165782)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 76.9% BY WEIGHT, 59.0 GRAMS NET WEIGHT, 45.3 GRAMS ACTUAL. RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| MINH NGUYEN | FORENSIC CHEMIST, DEA SEE ATTACHMENT, GOVT. EX_C | EDUCATION, TRAINING, EXPERIENCE, REVIEW , TESTING AND ANALYSES OF EVIDENCE | **ATF EXHIBIT 68 (DEA LAB 7165783)** CONTAINS COCAINE HYDROCHLORIDE, QUANTITATIVE RESULTS 65.5% BY WEIGHT, 344.9 GRAMS NET WEIGHT, 225.9 GRAMS ACTUAL.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: INFRARED SPECTROSCOPY (IR); CAPILLARY GAS CHROMATOGRAPHY WITH MASS SPECTROMETRY (GC-MS); CAPILLARY GAS CHROMATOGRAPHY WITH INFRARED DETECTION (GC-IRD); RAMAN SPECTROSCOPY; CAPILLARY GAS CHROMATOGRAPHY (GC) WITH FLAME IONIZATION DETECTION. | |
| CHRISTINE REISEN | FORENSIC CHEMIST, EASTERN NEBRASKA FORENSIC LABORATORY, SEE GOVT EX_D | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | NEBRASKA STATE PATROL EXHIBIT ITEM 3 (ENFL LAB 07-0448), IDENTIFIED AS COCAINE HYDROCHLORIDE, NET WEIGHT OF 981.1 GRAMS, QUALITATIVE RESULTS WERE NOT REQUESTED NOR CALCULATED.  RESULTS WERE ACHIEVED THROUGH TESTING AND ANALYSIS BY: COBALT THIOCYNATE CHEMICAL TEST, FOURIER TRANSFER INFARED SPECTROSCOPY (FT-IR) | |

| EXPERT WITNESS | QUALIFICATIONS | BASIS FOR OPINION | OPINION | OBJECTION |
|---|---|---|---|---|
| SHANE ABRAHAM | SPECIAL AGENT, ATF SEE ATTACHMENT, GOVT. EX_E | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | WEAPON AND AMMUNITION  IDENTIFICATION, ORIGINS AND MANUFACTURE; ATF NATIONAL TRACING PROCEDURES, TRACING MAKES AND MANUFACTURES OF WEAPONS AND AMMUNITION, INTERSTATE/INTRASTATE SHIPMENTS OF WEAPONS, CRIMINAL ENFORCEMENT MATTERS. | |
| MICHAEL C. POWELL | FIREARMS ENFORCEMENT OFFICER, ATF SEE ATTACHMENT, GOVT. EX_F | EDUCATION, TRAINING, EXPERIENCE, REVIEW, TESTING AND ANALYSES OF EVIDENCE | IDENTIFICATION OF ATF EXHIBIT 14, PROPERTIES AND DESIGN OF THE EXHIBIT (FIREARM), STATUTORY AUTHORITY, TESTING OF THE ITEM, AND POST RESTORATION TEST | |

Stephen Thomas Sassetti
Forensic Scientist

EXPERIENCE:
Denver Police Department; Denver, CO.  Forensic Scientist (5/98 to Present).  Assigned to Analytical Section.  Additional duties performed in Blood Alcohol and Crime Scene Investigations.
BonaKemi U.S.A.; Aurora, CO. Chemist (10/97 To 5/98).  Performed quality control analysis and product development work for this paint and coatings manufacturer.
Denver Police Department; Denver, CO.  Laboratory Intern (5/92 to 10/97).  Assigned to Analytical Section (drug analysis) and Questioned Documents Section.

EDUCATION:
University of Colorado, Denver, CO.  Chemistry and Philosophy Major.  Have completed all requirements for graduation (B.S., B.A.) except foreign language

TRAINING:
Applied Polarized Light Microscopy – McCrone Research Institute, Chicago, IL.  October 12 16, 1998
Infrared Spectroscopy for Trace Analysis – FBI Academy, Quantico, VA.  April 12-16, 1999
Clandestine Lab Investigations – HIDTA Rocky Mountain Region, Riverton, WY.  August 7-11, 2000.  Recertification training in 2001, 2002, 2003 and 2004.
Spectroscopic Solutions Seminar – Nicolet. November 2, 2000.
Introduction to Hairs and Fibers – FBI Academy, Quantico, VA.  March 18-29, 2002
Crime Scene Reconstruction – Denver Police Academy, Denver, CO.  September 28-29, 2004
The Robert F. Borkenstein Course on Alcohol and Highway Safety: Testing, Research and Litigation – Indiana University, Bloomington, IN.  May 15-20, 2005
OMNIC Operations and Continuum Training (Infrared Spectroscopy) – Thermo Electron Corporation.  November 1-3, 2005.
H2294/H4043A GC-MSD ChemStation Operation and Instrument Maintenance (Gas Chromatography/ Mass Spectroscopy) – Agilent Technologies.  February 6-10, 2006.
Gas Chromatography/Heated Headspace – Agilent Technologies.  March 21-23, 2006.
Spectroscopic Solutions Seminar – Thermo Scientific.  May 13, 2008.
Spectroscopic Solutions Seminar – Thermo Scientific.  October 21, 2010.

RESEARCH:

"A Presumptive Test for the Presence of Salivary Amylase on Paper", research paper presented and accepted for distribution by the Southwest Association of Forensic Document Examiners (with Bryan Jordan).

TESTIMONY:

Federal District Court (courtrooms A602, A1001)
Denver District Court (courtrooms 1,10, 12, 13, 14, 17, 23, 4C, 4D, 4G, 4H)
Denver Juvenile District Court (courtrooms 165F, 2E)
Denver County Court (courtrooms 100K, 151P, 186L, 316R, 320E, 3A, 3B, 3D ,3E)
Jefferson County Court (Division 2)

HLMC_ATF_LAB_000184



**U. S. Department of Justice**
Drug Enforcement Administration
Western Laboratory
390 Main St. Rm. 700
San Francisco, California  94105

*www.dea.gov*

## ROEHL M. CINCO

**Current Employment**

Forensic Chemist at the Drug Enforcement Administration (DEA), Western Laboratory, San Francisco, California. Employed since July 2004.

**Nature of Work**

Conducts analysis and identification of exhibit items suspected of containing controlled substances; prepares reports; serves as an expert witness in court.

**Educational Background**

Ph.D. in Chemistry (biophysical), University of California, Berkeley, 1999
B.S. in Chemistry, University of California, Irvine, 1991

**Prior Employment and Forensic Experience**

Basic NMR Training, DEA Western Laboratory, March 2012

Clandestine Laboratory Syntheses and Analyses Training, DEA Western Laboratory, Oct. 2010

LC-MS and DESI-MS Training, DEA Western Laboratory, Aug. 2008
ThermoFinnigan LCQ Operations for LC-MS, West Palm Beach, Florida, April-May 2008
DEA LC-MS Workshop, DEA Southwest Laboratory, San Diego, Calif. July 2006

Basic Training Program for Forensic Drug Chemists, DEA Western Laboratory. Aug. 2004 – Mar. 2005
Clandestine Laboratory Certification Training, DEA Training Academy, Quantico, Virginia. Sept. 2004
Basic Forensic Sciences School No. 15, DEA Training Academy, Quantico, Virginia. Aug. 2004
Chemist, U.S. Department of Agriculture, Food Safety and Inspection Service, Western Laboratory, Alameda, California. June – July 2004
Transportation Security Screener, U.S. Department of Homeland Security, Transportation Security Administration (TSA), Oakland International Airport, California. Sept. 2002 – June 2004
Postdoctoral Fellow, Physical Biosciences Division, Lawrence Berkeley National Laboratory, Berkeley, California. Jan. 2000 – Jan. 2002

**Statement of Qualification**

Minh C. Nguyen
Forensic Chemist

Employed at the Drug Enforcement Administration, Western Laboratory, San Francisco, California since October, 2002.

**Nature of Work**

Conducts analysis of the controlled substances in drug evidence that was submitted by the law enforcement and serves as an expert witness in court.

**Education Background**

Bachelor of Science degree in Chemistry, from the University of Minnesota-Duluth, Minnesota, 1999.

Master of Science degree in Organic Chemistry, from the University of Minnesota-Duluth, Minnesota, 2000.

**Training at the Drug Enforcement Administration**

I've received six months training on analysis of the controlled substance under the supervision of a senior Forensic Chemist, and accomplished one month Basic Chemist School at Quantico, VA.

**Prior Employment and Scientific Experiences**

Conducted analysis of prescription drugs in body fluids, Clinical Laboratory, Medtox Laboratories, Inc. April 2001- October 2002.

Research assistant and teaching assistant, Department of Chemistry, University of Minnesota-Duluth, Minnesota, 1996-2000.

F.R.CRIM.P. 702 SUBMISSION
GOVT EX_C

# Christine M. Reisen

709 S. 20th St.
Omaha, NE 68102
(402) 346-4764

## Qualifications

-22 years experience in laboratory setting ( 6 years medical technologist, 2.5 years
technical support special 13.5 years forensic chemistry)

-knowledge of chemistry due to education and continual on-the-job training from Mr.
William Ihm ( 27+ years experience in forensic chemistry)

-attendance in training seminars and schools

-current holder of Class A permit, Class D drug detection permit and Class D drug
screening permit.

## Education

August 1989    Bachelor of Science - Medical Technology (major), Chemistry (minor) - Wayne State
College; Wayne, NE

July 1989    Medical Technology Certification - Marian Health Center - Sioux City, IA

## Awards

Abbott Diagnostics Division
Technical Support Specialist of the Quarter - Chicago Region

## Training

October 1995    Abbott Diagnostics Division

ADx Training School

TDx/FLx Training School

December 7-11, 1998    Drug Enforcement Administration

Forensic Chemist Training School

April 27-29, 1999    Midwestern Association of Forensic Scientists

Interpretation of Mass Spectra

Sept 27- Oct 1, 1999    California Criminalistics Institute

Arson Accelerant Detection

November 1-5, 1999    Clandestine Laboratory Investigators Association

Clandestine Laboratory Awareness Program

September 17-20, 2008    Syva/Dade Behring Training for Viva Jr

F.R.CRIM.P. 702 SUBMISSION
GOVT EX_D

# Christine M. Reisen

## Positions Held

May 1998 - present

Forensic Chemist:  Eastern Nebraska Forensic Lab - involved with all metropolitan Omaha forensic type law enforcement drug testing, test bodily fluids for alcohol and drug levels, confidential and accurate record keeping, sample management, research and testing of new drugs, reporting results and laboratory equipment maintenance.

Aug 1995 - May 1998

Technical Support Specialist:  Abbott Diagnostics Division - responsible for 4+ state area installing laboratory equipment, troubleshooting and assisting customers with technical issues.

Sept 1990 - Aug 1995

Medical Technologist:  Physicians Laboratory Services - served as a technologist in Chemistry, Special Chemistry and RIA departments performing analysis, documenting results and maintaining laboratory equipment.

Sept 1992 - Aug 1995

Medical Technologist:  St. Joseph Hospital - served as a generalist medical technologist for the 11-7 shift of trauma hospital, performing all areas of laboratory testing, reporting results and laboratory equipment maintenance.

## Professional Organizations

American Society of Clinical Pathologists - registered medical technologist
Midwestern Association of Forensic Scientists

## Licenses

Registered Medical Technologist, ASCP
Class A permit Alcohol content testing permit from the State of Nebraska
Class D Drug Detection testing permit from the State of Nebraska
Class D Drug Screening testing permit from the State of Nebraska
Certification in Arson Accelerant Detection from the CCI

F.R.CRIM.P. 702 SUBMISSION
GOVT EX_D

## STATEMENT OF QUALIFICATIONS

Shane Abraham, Special Agent,
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Denver I Field Office, Denver, CO

I, Shane Abraham, hereby declare and state:

1. That I am employed as a Special Agent with the ATF, and have been so employed since August 2000. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and to the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I routinely prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined hundreds of firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act and that I regularly consult with persons who are experts in the field of identification, origin and history of firearms.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces as a routine function of my employment.

4. That I have had numerous contacts with firearms dealers, manufacturers, and individuals who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATF liaison with the firearms industry.

5. That I have received formal training for law enforcement personnel regarding the recognition, identification, and nomenclature of firearms and ammunition and their place of manufacture, including at the United States Border Patrol Academy, the Denver Police Department Police Academy, the Federal Law Enforcement Training Center Criminal Investigator Training Program, the ATF Academy New Professional Training, the Federal Law Enforcement Training Center Firearms Instructor Training Program, and the ATF Firearms Interstate Nexus Training. During the Firearms Interstate Nexus Training Course in Martinsburg, VA, I personally examined the ATF Firearms Technology Branch's Firearms Reference Collection, which includes approximately 7,000 firearms.

6. That I have accumulated a personal reference library of firearms and ammunition publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Guns and Ammo,* and *Shooting Times* in order to remain familiar with firearms and firearm trends and that I also maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

7. That I have provided formal training to law enforcement and other government personnel in various disciplines of firearms training including the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

F.R.CRIM.P. 702 SUBMISSION
GOVT EX_E

# <u>QUALIFICATIONS OF MICHAEL C. POWELL</u>

I, Michael C. Powell, hereby declare and state:

That I am currently a Firearms Enforcement Officer, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Martinsburg, WV.

That from June 2004 until present, my duties as a Firearms Enforcement Officer have included the following:

- Providing technical information regarding firearms identification, operation, and design for the purpose of assisting the Bureau, the law enforcement community, the firearms industry, and the public in general in the implementation of the Gun Control Act of 1968 (GCA), its amendments, and the National Firearms Act (NFA).
- Conducting examinations and testing of firearms and related materials submitted as evidence by Bureau agents, as well as other Federal, State, and local law enforcement agencies.
- Preparing technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law.
- Conducting examinations and classifications of submitted prototype firearms or related devices.
- Evaluating all types of firearms for import classifications.
- Determining origin and classification of ammunition.
- Preparing official Bureau responses to written inquiries from the firearms industry, as well as the public in general.
- Maintaining the Firearms Technology Branch reference library, which includes over 2,000 books, catalogs, and official correspondence relating to the firearms field.
- Assisting in maintaining the ATF Firearms Reference Collection, which includes approximately 10,000 firearms of all types.

That I have attended the following formal firearms training courses:

- Beretta pistol armorer course, Accokeek, MD
- Glock pistol armorer course, Smyrna, GA
- Heckler & Koch rifle and pistol armorer course, Sterling, VA
- Remington shotgun and rifle armorer course, Ilion, NY
- SIGARMS pistol armorer course, Exeter, NH
- SIG Sauer M16/M4/AR15 rifle armorer course, Epping, NH
- Smith & Wesson revolver armorer course, Springfield, MA
- Fabrique Nationale (FN) armorer course, Martinsburg, WV
- English and European Double Shotguns, Murray State College, Tishomingo, OK

F.R.CRIM.P. 702 SUBMISSION
GOVT EX_F

That I have received training in firearm silencer design and operation at Gemini Technologies, Inc. (GEMTECH), in Boise, Idaho.

That I have toured the following firearms factories:

- Beretta U.S.A., Accokeek, MD
- Colt's Manufacturing Company, West Hartford, CT
- Double Star Corp., Winchester, KY
- Fabrique Nationale Manufacturing, Inc., Columbia, SC
- Glock U.S.A., Smyrna, GA
- H&R 1871, LLC, Gardener, MA
- Hi-Point Firearms, Mansfield, OH
- Marlin Firearms Co., North Haven, CT
- O.F. Mossberg & Sons, Inc., North Haven, CT
- Para USA, Charlotte, NC
- Remington Arms, Ilion, NY
- Savage Arms, Westfield, MA
- SIGARMS, Exeter, NH
- Smith & Wesson, Springfield, MA
- Sturm, Ruger & Co., Newport, NH
- United States Fire Arms Mfg. Co., Hartford, CT
- Taurus International Mfg., Inc., Miami, FL
- Wise Lite Arms, Boyd, TX

That I have toured the following ammunition factories:

- Alliant Powder, Radford Army Ammunition Plant, Radford, VA
- CCI / Speer, Lewiston, ID
- Federal Cartridge, Anoka, MN
- Fiocchi, Ozark, MO
- Kent Cartridge, Kearneysville, WV
- Lake City Army Ammunition Plant, Independence, MO
- Remington, Lonoke, AR
- Sierra Bullet, Sedalia, MO
- Starline Brass, Sedalia, MO
- Winchester, East Alton, IL

That I have toured the following museums that display firearms as part of their collection:

- National Firearms Museum (NRA), Fairfax, VA
- National Park Service, Springfield Armory, Springfield, MA
- Smithsonian Institution, Museum of American History, Washington, DC
- U.S. Army Ordnance Museum, Aberdeen Proving Grounds, Aberdeen, MD
- U.S. Marine Corps Museum, Quantico, VA
- U.S. Navy Museum, Washington Navy Yard, Washington, DC

HLMC_ATF_LAB_000420

That I have previously testified in the following courts as an expert witness regarding the identification, operation, or design of firearms:

- U.S. District Court, Atlanta, GA, June 2005
- U.S. District Court, Boise, ID, November 2005
- U.S. District Court, Springfield, MO, August 2006
- U.S. District Court, South Bend, IN, October 2006
- U.S. District Court, Detroit, MI, August 2007
- U.S. District Court, Albuquerque, NM, August 2007
- U.S. District Court, Philadelphia, PA, October 2007
- U.S. District Court, Little Rock, AR, November 2007
- U.S. District Court, Concord, NH, March 2008
- U.S. District Court, Statesboro, GA, May 2008
- U.S. District Court, Orlando, FL, June 2008
- U.S. District Court, Albany, NY, November 2008
- U.S. District Court, Santa Ana, CA, March 2009
- U.S. District Court, Concord, NH, July 2009
- U.S. District Court, Corpus Christi, TX, September 2009
- U.S. District Court, Greenbelt, MD, April 2010
- U.S. District Court, Columbia, SC, May 2010
- U.S. District Court, San Jose, CA, May 2010
- U.S. District Court, Denver, CO, June 2010
- U.S. District Court, Lexington, KY, June 2010
- U.S. District Court, Denver, CO, September 2010
- U.S. Military Court, Fort Lee, VA, January 2011
- U.S. District Court, Baltimore, MD, July 2011
- U.S. District Court, Orlando, FL, August 2011
- U.S. District Court, Detroit, MI, March 2012

That I have received formal training from the ATF Office of Chief Counsel pertaining to statutes, regulations, and rulings of the Gun Control Act and National Firearms Act.

That I attended the Firearms Interstate Nexus Training Course in Martinsburg, WV.

That I received Advanced Firearms Interstate Nexus Training in NH, MA, and CT.

That I received Advanced Ammunition Interstate Nexus Training in AR and MO.

That I have trained ATF Special Agents in Firearms and Ammunition Interstate Nexus procedures.

That I have trained ATF Special Agents and Industry Operations Investigators in firearms identification, operation, and classification at the Federal Law Enforcement Training Center (FLETC), Glynco, GA.

3

That I have trained ATF Special Agents in identification of machinegun conversion methods.

That I have trained members of the Association of Firearms & Toolmark Examiners (AFTE) in (1) principles of firearm silencer design and operation and (2) identification of machinegun conversion methods at the 2009 AFTE Convention, Miami Beach, FL.

That I have trained Mexican Government officials in firearms identification procedures.

That I have trained Federal Air Marshalls in the identification of disguised firearms.

That I have trained Customs and Border Protection Officers in firearms and ammunition identification procedures.

That I have served as a firearms instructor and range safety officer.

That I have attended the Principles of Acoustics and the Measurement of Sound training course conducted by Bruel & Kjaer, North America.

That from 1977 until 2003, I served in the United States Air Force and retired with an honorable discharge after twenty six (26) years of active duty.  Some of my duties included the following:

- Serving as an International Arms Control Inspector for four (4) years, conducting highly intrusive, politically sensitive inspections of former Soviet Union air, sea, and ground-based nuclear forces under the auspices of the Strategic Arms Reduction Treaty and the Intermediate Range Nuclear Forces Treaty.
- Examining, identifying, and classifying of nuclear weapons and delivery systems encountered during these inspections at former Soviet Union facilities.
- Preparing technical reports with respect to design, size, construction, and operational capabilities of the nuclear weapons and delivery systems encountered during arms control inspections at former Soviet Union facilities.
- Maintaining U.S. nuclear intercontinental ballistic missiles and nuclear air-launched cruise missiles in readiness condition for over 20 years.

That I received formal firearms training during my service in the United States military.

That I have an Associate in Science Degree from the Community College of the Air Force (1985).

That I have a Bachelor of Science Degree from Excelsior College, Albany, NY (1989).

HLMC_ATF_LAB_000422

F.R.CRIM.P. 702 SUBMISSION
GOVT EX_F