**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Bernique Abiakam  Date:  June 12, 2012
Court Reporter:  Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK-13

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till |
| | Martha A. Paluch |
| Plaintiff, | |
| v. | |
| 13.  COREY L. RILEY, | Harvey A. Steinberg |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:    Motions to Suppress

**1:34 p.m.        Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.  Also present, Jason Cole, ATF Agent.

Mr. Dennis Hartley advises the Court regarding his appearance at today's hearing.

**ORDERED:   Mr. Hartley's Oral Request to be excused is GRANTED.**

Discussion and argument regarding Doc. Nos. 401, 402, and 403.

1:40 p.m.        Statement by Mr. Steinberg regarding resolution of Doc. Nos. 401 and 403 .

Rulings by the Court.

**ORDERED:   Motion To Suppress Fruits of Warrantless Search (GPS) [Filed 4/27/12; Doc.
                   No. 401] is DENIED as MOOT.**

12-cr-00010-MSK-13
Suppression Hearing
June 12, 2012

**ORDERED:   Motion To Suppress Statements (Filed 4/27/12; Doc. No. 402) is DENIED as MOOT.**

Discussion and argument regarding Motion To Suppress Fruits Of Illegal Searches Pursuant To Warrants (Filed 4/27/12; Doc. No.403).

Counsel stipulate to the admissibility of the Government's Exhibits.

| | |
|---|---|
| 1:44 p.m. | **Exhibits 1 through 13 offered and admitted.** |
| 1:45 p.m. | Argument by Mr. Steinberg.  Questions by the Court. |
| 2:08 p.m. | Argument by Mr. Till.  Questions by the Court. |
| 2:23 p.m. | Rebuttal argument by Mr. Steinberg. |

**ORDERED:   Motion To Suppress Fruits Of Illegal Searches Pursuant To Warrants (Filed 4/27/12; Doc. No. 403) is taken UNDER ADVISEMENT.**

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

**2:28 p.m.       Court in recess.**
Hearing concluded.
Total Time:  54  minutes.