IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
**8.  ERIC LUGO**,
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
**13.  COREY L. RILEY**,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

       Defendants.

_____

**GOVERNMENT'S MOTION TO PERMIT
DISCLOSURE OF GRAND JURY TRANSCRIPTS
BEFORE  TRIAL**
_____

The United States of America, by United States Attorney John F. Walsh, through Guy Till, Assistant United States Attorney, hereby respectfully files this motion to permit disclosure of grand jury transcripts before trial to the active defense counsel of record in the above captioned case.

1.    The Government respectfully requests an order from the Court pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i) permitting the Government to disclose to active defense counsel of record for the defendants going to trial in this case transcripts of grand jury testimony by Government witnesses considered by the grand jury in relation to the indictment, or superseding

indictments if any, of the above named defendants, with certain conditions which are suggested as a means of avoiding the possible abuse of such grand jury material.

2.   The indictment in this case relates to and stems from a large scale investigation with potential for additional charges and superseding indictments in the future. The Government respectfully asks the Court to regulate disclosure of grand jury transcripts and material in this case in a way that will serve the best interest of justice and balance the competing needs of grand jury secrecy and preparation by the defense. Rule (6)(e)(3)(E) provides in part that, the "Court may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs. . ."

3.   The Government respectfully asks the Court to direct that copies of grand jury transcripts (either on paper or by means of electronic media) may be provided to active defense counsel of record in this case before trial, that the defense counsel of record thereafter shall maintain personal control of such grand jury transcripts, that no duplication or publication of the grand jury transcripts are to be made without permission of the Court, and that any copies provided to the defense and any duplicates or print outs of such copies of grand jury transcripts or materials are to be returned to the United States Attorney's Office after the conclusion of the case.

Respectfully submitted this 5th day of July, 2012.

> JOHN F. WALSH
> United States Attorney
>
> By: *Guy Till*
> GUY TILL
> Assistant U.S. Attorney
> United States Attorney's Office
> 1225 17th Street, Suite 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Fax: (303) 454-0401
> Email: Guy.Till@usdoj.gov
> Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of July 2012, I electronically filed the foregoing GOVERNMENT'S MOTION TO PERMIT DISCLOSURE OF GRAND JURY TRANSCRIPTS BEFORE TRIAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    All counsel on record

                                                       *s/Lisa Vargas*
                                                      LISA VARGAS
                                                      Legal Assistant
                                                      United States Attorney's Office
                                                      1225 Seventeenth Street, Suite 700
                                                      Denver, Colorado 80202
                                                      Telephone: (303) 454-0100
                                                      Fax: (303) 454-0409
                                                      E-mail: lisa.vargas@usdoj.gov