UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN L. RILEY,
13. **COREY L. RILEY**,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER,  AND
16. CLIFFORD M. WRIGHT,

Defendants.

## NOTICE OF DISPOSITION

The Defendant, Corey Riley, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby advises this Court that a disposition has been reached in this matter and all further dates may be vacated as a result of that disposition. The Defendant requests that this matter be set for a Change of Plea Hearing

Dated this 11th day of July, 2012.

Respectfully submitted,

s/Harvey A. Steinberg
Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

s/Casey Ambrose
Casey Ambrose
for Harvey A. Steinberg
Springer and Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com