UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN L. RILEY,
**13. COREY L. RILEY**,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER,  AND
16. CLIFFORD M. WRIGHT,

Defendants.

**UNOPPOSED FORTHWITH MOTION FOR TEMPORARY UNSECURED BOND**

Comes now the Defendant, Corey Riley, by and through his attorney, Harvey A. Steinberg, and hereby moves this Honorable Court for the entry of an Order granting the Defendant a temporary (short term) unsecured bond (18 U.S.C. Section 3142(a)(1) and (2), (b) and (c)) so that he may attend his step-daughter's funeral services.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. The Defendant's stepdaughter, Alec Baca, passed away last week. Over the years, the Defendant had cared for Alec like she was his own daughter. This is an extremely difficult time for the Defendant and his family, and he would greatly appreciate the opportunity to attend his stepdaughter's funeral services and wake.

2. The funeral is scheduled to take place at Advantage Runyan Stevenson Chapel (6425 West Alameda, Lakewood, Colorado 80226) on Friday, October 26th at 10:00am. The burial will follow at Crown Hill Mortuary & Cemetery (7777 West 29th Avenue, Wheat Ridge, Colorado 80033), and there will be a gathering at the family of the deceased's home (17021 Bennett Drive, Parker, Colorado 80134) from 4:00 p.m.-6:00 p.m.

3. The Defendant's wife, Dawn Guyer, has agreed to take responsibility for his transportation.

4. The Defendant is respectfully requesting that he be granted a temporary unsecured bond from 8:00 a.m. until 8:00 p.m. so that he may attend and participate in his stepdaughter's funeral services and wake.

5. Undersigned counsel has discussed the requested relief with AUSA Guy Til who has indicated that he has no objection to the Court granting the Defendant's motion.

**WHEREFORE**, the Defendant prays that the requested relief be granted, and for any such additional relief that the Court deems to be just and proper.

Dated this 24th day of October, 2012.

Respectfully submitted,

s/Harvey A. Steinberg
Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

s/Casey Ambrose
Casey Ambrose
for Harvey A. Steinberg
Springer and Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com