# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**13.   COREY L. RILEY**,

Defendant.

## ORDER FOR TEMPORARY RELEASE ON BOND AS TO DEFENDANT COREY L. RILEY

The Court, having been fully advised, hereby Grants Defendant Corey Riley's Unopposed Motion for a Temporary Unsecured Bond.  The U.S. Marshalls are hereby directed to release Defendant Corey from their custody at the Douglas County Jail at 0800 hours on the 26th day of October, 2012.  The Defendant must surrender himself to the U.S. Marshalls, at the Douglas County Jail no later than 2200 hours on the 26th day of October, 2012.

**Dated this __ day of October, 2012**

_____
**U.S. Magistrate Judge**