IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13. COREY L. RILEY,

    Defendant.

---

## INFORMATION

---

UNITED STATES ATTORNEY JOHN F. WALSH, by the undersigned Assistant United States Attorney, pursuant to Fed.R.Crim.P. 7 respectfully informs the Court and charges the defendant with the following violation of the laws of the United States:

### COUNT ONE
### TITLE 18 U.S.C. SECTION 922(g)(3)

On or about July 14, 2011, within the District of Colorado, defendant COREY L. RILEY knowingly possessed a firearm (a Tauras Revolver AP37758) which had moved in interstate commerce, then being an unlawful user of marijuana, a Schedule I Controlled Substance.

Court's Exhibit 3

All in violation of Title 18 U.S. C. §§ 922(g)(3) and 924(a)(2), Prohibited Person in Possession of a Firearm.

Respectfully submitted

JOHN F. WALSH
UNITED STATES ATTORNEY

s/*Guy Till*
By: GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO. 80202
Telephone: (303) 454-0200
Fax: (303) 454-0409
E-Mail: guy.till@usdoj.gov
Attorney for Government
