DEFENDANT:     13.  COREY L. RILEY

YEAR OF BIRTH:  1969

ADDRESS:       Arapahoe County, Colorado

COMPLAINT FILED?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:
Count One:  Knowingly possessed a firearm which had moved in interstate commerce, then being an unlawful user of marijuana, a Schedule I Controlled Substance
Title 18 United States Code, Section 922(g)(3)

LOCATION OF OFFENSE (COUNTY/STATE):  Denver County, Colorado

PENALTY:
Count One:  A violation of Title 18 U.S. C. §§ 922 (g) and 924(a)(2) is a Class C felony, punishable by a term of imprisonment of NMT 10 years, a fine of NMT $250,000.00 or both.  See Title 18 U.S.C. §3559(a)(5).  A $100.00 special assessment fee is due in the event of conviction.  A period of Supervised Release not to exceed 3 years may be imposed to follow the completion of any period of imprisonment imposed.  See Tutle 18 U.S.C. § 3583.

AGENT:        Special Agent Jason Cole
              ATF

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less     _____ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

1

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:  __X__   Yes  _____   No