IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover        Date: November 29, 2012
Court Reporter:   Terri Lindblom

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Guy Till

       Plaintiff,

v.

COREY L. RILEY,                           Ariel Benjamin

       Defendant.

---

ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**2:43 p.m.    Court in session.**

Defendant present in custody.

Defendant is arraigned on Count 23 of the **Superseding Indictment and Count 1 of the Information**. Defendant pleads guilty to Count 23 of the **Second Superseding Indictment and Count 1 of the Information. The Government intends to dismiss the Indictment, the Superseding Indictment and remaining Counts of the Second Superseding Indictment against this defendant.**

Defendant sworn.

The Court advises the defendant of his right to be indicted by the grand jury. The defendant waives his right to indictment.

Defendant advised regarding:

       1)    The Plea Agreement;

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

        2)      The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
        3)      The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

The Government orally moves to dismiss the Indictment, the Superseding Indictment and the remaining Counts of the Second Superseding Indictment against this defendant. Defendant has no objection.

Oral findings are made of record.

**ORDER:**  The Government's oral Motion to Dismiss the Indictment, the Superseding Indictment and the remaining Counts of the Superseding Indictment is **GRANTED, but the effect of the Order is stayed until of Sentencing.**

**ORDER:**  Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**  Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 23 of the Superseding Indictment and Count 1 of the Information.**

**ORDER:**  Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**  Sentencing hearing is set on **March 5, 2013 at 11:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**  Pending Motions (**Doc. #397; 400**; **564**) are **WITHDRAWN.**

**ORDER:**   Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**3:31 p.m.**     **Court in recess.**

**Total Time:**   **48 Minutes.**
**Hearing concluded.**