IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00010-MSK-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.  COREY L. RILEY,

    Defendant.

## UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE

The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Harvey Steinberg, Esq., counsel for Defendant Corey L. Riley in this matter, respectfully files this Unopposed Government's Motion to Continue the Sentencing Date for Defendant Corey L. Riley and as grounds therefor respectfully states:

    1.  On November 29, 2012, Defendant Corey L. Riley pled guilty to Count Twenty-Three, Possession With Intent to Distribute Cocaine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C), and to Count One of an Information alleging a violation of Title 18 U.S.C. § 922, Prohibited person with a firearm.  Defendant Corel L. Riley is set for sentencing hearing on March 5, 2013.

    2.  The Government requests a continuance of the sentencing date until a date in June 2013 in order to allow the defendant an opportunity to attend and render

testimony at a possible trial for a co-defendant who recently withdrew his Notice of Disposition in this matter.  It is anticipated Defendant will be called as a witness to provide evidence and information as appropriate if the co-defendant proceeds to trial. A continuance of the sentencing date may assist the Court to evaluate the full measure of related cooperation with respect to a possible U.S.S.G. § 5K1.1 motion which may be filed by the Government at or before sentencing.

     3.    Defendant Corey L. Riley is detained without bond pursuant to Title 18 U.S.C. Sections 3142 and 3143.

     4.    The defense does not oppose the Government's request for a continuance of the sentencing hearing date.

WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date.

JOHN F. WALSH  
UNITED STATES ATTORNEY  
DISTRICT OF COLORADO

By:   s/ Guy Till  
GUY TILL  
Assistant United States Attorney  
U.S. Attorney's Office  
1225 17th Street, Suite 700  
Denver, Colorado  80202  
Phone:  (303) 454-0100  
Fax: (303) 454-0401  
Guy.Till@usdoj.gov  
Attorney for the Government

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 31, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

    Harvey Steinberg, Esq., and all other counsel of record in this case

                                 *s/Diana L. Brown*
                                 Legal Assistant
                                 U.S. Attorney's Office