IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**13. COREY L. RILEY,**

    Defendant.

---

**UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE
OF SENTENCING DATE**

---

The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Harvey Steinberg, Esq., counsel for Defendant Corey L. Riley in this matter, respectfully files this Unopposed Government's Motion to Continue the Sentencing Date for Defendant Corey L. Riley and as grounds therefor respectfully states:

1.  On November 29, 2012, Defendant Corey L. Riley pled guilty to Count Twenty-Three, Possession With Intent to Distribute Cocaine, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C), and to Count One of an Information alleging a violation of Title 18 U.S.C. § 922, Prohibited person with a firearm.  Defendant Corey L. Riley is set for sentencing hearing on April 4, 2013.

2.  The Government requests a continuance of the sentencing date until a date in July 2013 in order to allow the defendant an opportunity to attend and render testimony at a possible trial for a co-defendant who withdrew his Notice of Disposition in

this matter and is set for a competency hearing on May 5, 2013.  It is anticipated Defendant will be called as a witness to provide evidence and information as appropriate if the co-defendant proceeds to trial following his competency hearing.  A continuance of the sentencing date may assist  the Court to evaluate the full measure of related cooperation by defendant Corey L. Riley with respect to a possible U.S.S.G. § 5K1.1 motion which may be filed by the Government at or before sentencing.

     3.   Defendant Corey L. Riley is detained without bond pursuant to Title 18 U.S.C. Sections 3142 and 3143.

     4.   The defense does not oppose the Government's request for a continuance of the sentencing hearing date.  Counsel for the defendant are out of town as of today's date but there has been communication with defense counsel through their confidential staff.

     WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date.

     Respectfully submitted this 27th day of March 2013.

              JOHN F. WALSH
              United States Attorney

              By:  *s/Guy Till*
              GUY TILL
              Assistant United States Attorney
              1225 17th Street, Suite 700
              Denver, CO. 80202
              Telephone:  (303) 454-0207
              Fax:  (303) 454-0401
              Email:  Guy.Till@usdoj.gov
              Attorney for Government

CERTIFICATE OF SERVICE

       I hereby certify that on this 27th day of March, 2013, I electronically filed the foregoing **UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                          By: s/ Lisa Tibbetts
                               LISA TIBBETTS
                               Legal Assistant
                               1225 Seventeenth Street, Suite 700
                               Denver, Colorado 80202
                               Telephone:  (303) 454-0100
                               Fax:  (303) 454-0409
                               E-mail:  Lisa.Tibbetts@usdoj.gov