**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 12-cr-00010-MSK-13

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN L. RILEY,
13. **COREY L. RILEY**,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER,  AND
16. CLIFFORD M. WRIGHT,

Defendants.

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now the Defendant, Corey Riley, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., and hereby moves, unopposed, this Honorable Court to continue the sentencing date recently reset in this matter.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. Due to a conflict on the Court's docket, sentencing which was set for June 17, 2013 had to be vacated and was reset by the Court to July 30, 2013 at 2:30 p.m.

2. Undersigned counsel will be in a second-degree murder trial in Delta County Colorado that week and will be unavailable.

3. For the above-stated reason, the Defendant moves this Court to vacate the July 30, 2013 sentencing hearing, require the parties to jointly contact chambers to determine a date when the court and counsel are available and reset the matter to that date and time.

4. Undersigned counsel contacted AUSA Guy Til regarding the relief requested in this motion and has been authorized to represent that the United States does not oppose this motion.

**WHEREFORE**, the Defendant prays that the relief requested be granted, and for such further relief as the court may deem just and proper.

Dated this 7th day of June, 2013.

Respectfully submitted,

s/Harvey A. Steinberg
Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorneys for Corey Riley
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2013, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Guy Till**
Email: guy.till@usdoj.gov

                                                    s/Hope Del Rio
                                                    Hope Del Rio
                                                    for Harvey A. Steinberg
                                                    Springer and Steinberg, P.C.
                                                    Attorneys for Corey Riley
                                                    1600 Broadway, Suite 1200
                                                    Denver, CO 80202
                                                    (303)861-2800 Telephone
                                                    (303)832-7116 Telecopier
                                                    law@springersteinberg.com