IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-13

UNITED STATES OF AMERICA,

     Plaintiff,

v.

13.  COREY L. RILEY,

     Defendant.

---

### GOVERNMENT'S § 5K1.1 AND § 3553(e) MOTION
### FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE

---

THE UNITED STATES, by United States Attorney John F. Walsh, through

Assistant United States Attorney Guy Till (Government), pursuant to Title 18 U.S.C. §

3553(e) and United States Sentencing Guidelines § 5K1.1, hereby submits this Motion

for reduction of the Defendant's sentence because of substantial assistance rendered

to law enforcement in the prosecution or investigation of criminal activity by other

persons. As grounds, the Government respectfully states as follows:

Defendant Corey Riley has appeared and met to be debriefed with staff of the

office of the United States Attorney for the District of Colorado and ATF Special Agents.

The defendant has provided truthful and useful information.   The Defendant has

indicated he would testify to the best of his ability at trial in Colorado and elsewhere if

called upon to do so.   The Defendant agreed to a number of delays in his sentencing

date so he could remain in the Denver metropolitan area and be available as a witness

1

if needed.  The prosecution believes that other members of the Hell's Lovers

Motorcycle Club charged in the above styled case filed notices of disposition in part due

to the willingness of the defendant to appear and testify truthfully if called as a witness

at trial.

Based on the Defendant's substantial assistance to law enforcement,  the

Government respectfully requests a downward departure from the otherwise applicable

Sentencing Guidelines range and here respectfully asks the Court to depart downward

and impose upon defendant a reduced sentence, pursuant to Title 18 U.S.C. § 3553(e)

and United States Sentencing Guidelines § 5K1.1, including a term of 34 months of

imprisonment, to be followed by 3 years of supervised release.  There is a $100.00

special assessment on each count of conviction.

Respectfully submitted this 20th day of September, 2013.

JOHN F. WALSH
United States Attorney

By:  s/*Guy Till*
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0207
Fax: (303) 454-0401
Email: Guy.Till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2013, I electronically filed the foregoing **GOVERNMENT'S § 5K1.1 AND § 3553(e) MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Lisa Tibbetts*
LISA TIBBETTS
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0406
E-mail: Lisa.Tibbetts@usdoj.gov