**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Kathleen Finney      Date: October 3, 2013
Court Reporter:       Terri Lindblom
Probation Officer:    Patrick Lynch

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,           Guy Till

             Plaintiff,

v.

13.  COREY L. RILEY,                        Harvey Steinberg

             Defendant.

---

**SENTENCING MINUTES**

---

**3:36 p.m.       Court in session**.

Defendant present in custody.

**Change of Plea Hearing on November 29, 2012.  Defendant pled guilty to Count 23 of the Superseding Indictment and Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: Mr. Till, Mr. Steinberg, and the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:**      The **Government's § 5K1.1 and § 3553(e) Motion For Downward Departure Based on Substantial Assistance** [#997] filed September 20, 2013 is **GRANTED.**

**ORDER:**      The **United States' Motion for Preliminary Order of Forfeiture** [#832] filed February 20, 2103 is **GRANTED**.

The defendant is advised of his right to appeal.

**ORDER:**      Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:14 p.m.**      **Court in recess.**

Total Time: 00:38
Hearing concluded.