IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

13.    COREY L. RILEY,

        Defendant.
_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
AS TO DEFENDANT COREY L. RILEY**
_____

        COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney James S. Russell, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d).  In support thereof, the United States submits the following:

        1.    On June 5, 2012, the United States charged defendant Corey L. Riley by Superseding Indictment with two counts of Using and Maintaining Drug-Involved Premises in violation of 21 U.S.C. § 856(a)(1) and (2) and (b); one count of Conspiracy to Use and Maintain Drug-Involved Premises in violation of 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b); twelve counts of Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) and (C); one count of Conspiracy to Distribute Cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A); one count of Conspiracy for Prohibited Person to Possess a Firearm and Ammunition in

1

violation of 18 U.S.C. §§ 371 and 922(g)(1) and (3); two counts of Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense in violation of 18 U. S. C. § 924(c); one count of Conspiracy to Possess Firearm During and in Relation to Controlled Substances Act Felony Offense in violation of 18 U.S.C. § 924(o); one count of Possession with Intent to Distribute Marijuana in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D); one count of Conspiracy to Commit Misprision of Felony in violation of 18 U. S. C. §§ 4 and 371; and one count of Aiding and Abetting in violation of 18 U.S.C. § 2. (Doc. 469).

2.  In the Second Superseding Indictment, the United States also sought forfeiture from defendant Corey L. Riley, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), of the following property:

   a.  Miscellaneous firearms and ammunition seized on July 14, 2011 from Corey Riley, at 2331 Pontiac Street, Denver, Colorado; and

   b.  $16,960.00 in United States Currency seized on July 14, 2011 from Corey Riley at 2331 Pontiac Street, Denver, Colorado.

3.  On November 29, 2012, the United States charged defendant Corey L. Riley by Information with one count of Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).  (Doc. 765).

4.  On November 29, 2012, the United States and defendant Corey L. Riley entered into a Plea Agreement.  (Doc. 767).  The Plea Agreement provides, *inter alia*, that the defendant agreed to plead guilty to Count Twenty Three of the Second Superseding Indictment, charging a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and

to the Information, charging violations of 18 U.S.C. §§ 922(g)(3) and 924(a)(2). Defendant Corey L. Riley further agreed to forfeit the above-described property to the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d).  The Court accepted defendant Corey L. Riley's plea of guilty on November 29, 2012.

5. Pursuant to the Plea Agreement, the Court granted the United States' Motion for Preliminary Order of Forfeiture on October 3, 2013, forfeiting to the United States any and all of Defendant Corey L. Riley's right, title and interest in the following property:

a. Miscellaneous firearms and ammunition seized on July 14, 2011 from Corey Riley, at 2331 Pontiac Street, Denver, Colorado; and

b. $16,960.00 in United States Currency seized on July 14, 2011 from Corey Riley at 2331 Pontiac Street, Denver, Colorado.

6. The Preliminary Order of Forfeiture further directed the United States to seize the subject property, and to publish notice of the forfeiture.

7. The United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, starting on October 8, 2013, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C), as evidenced by the attached Advertisement Certification Report.  Said notice stated that interested parties must file a Petition within 60 days of the first date of publication, or by December 7, 2013.

8. No Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture.

Therefore, any third-parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture as to Defendant Corey L. Riley, which is tendered herewith in accordance 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

DATED this 20th day of December 2013.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

By: *s/ James S. Russell*
     James S. Russell
     Assistant United States Attorney
     1225 Seventeenth Street, Ste. 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: james.russell5@usdoj.gov
     *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                *s/ Raisa Vilensky*
                FSA Data Analyst
                Office of the U.S. Attorney