

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 8, 2013 and November 06, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. COREY L. RILEY

**Court Case No:** 12-CR-00010-MSK
**For Asset ID(s):** See Attached Advertisement Copy

|  |  |  |  |
|---|---|---|---|
| 1 | 10/08/2013 | 24.0 | Verified |
| 2 | 10/09/2013 | 24.0 | Verified |
| 3 | 10/10/2013 | 24.0 | Verified |
| 4 | 10/11/2013 | 24.0 | Verified |
| 5 | 10/12/2013 | 24.0 | Verified |
| 6 | 10/13/2013 | 24.0 | Verified |
| 7 | 10/14/2013 | 24.0 | Verified |
| 8 | 10/15/2013 | 24.0 | Verified |
| 9 | 10/16/2013 | 24.0 | Verified |
| 10 | 10/17/2013 | 24.0 | Verified |
| 11 | 10/18/2013 | 24.0 | Verified |
| 12 | 10/19/2013 | 24.0 | Verified |
| 13 | 10/20/2013 | 24.0 | Verified |
| 14 | 10/21/2013 | 24.0 | Verified |
| 15 | 10/22/2013 | 24.0 | Verified |
| 16 | 10/23/2013 | 24.0 | Verified |
| 17 | 10/24/2013 | 24.0 | Verified |
| 18 | 10/25/2013 | 23.9 | Verified |
| 19 | 10/26/2013 | 24.0 | Verified |
| 20 | 10/27/2013 | 24.0 | Verified |
| 21 | 10/28/2013 | 24.0 | Verified |
| 22 | 10/29/2013 | 24.0 | Verified |
| 23 | 10/30/2013 | 24.0 | Verified |
| 24 | 10/31/2013 | 24.0 | Verified |
| 25 | 11/01/2013 | 24.0 | Verified |
| 26 | 11/02/2013 | 24.0 | Verified |
| 27 | 11/03/2013 | 24.0 | Verified |
| 28 | 11/04/2013 | 24.0 | Verified |
| 29 | 11/05/2013 | 24.0 | Verified |
| 30 | 11/06/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# COURT CASE NUMBER: 12-CR-00010-MSK; NOTICE OF FORFEITURE

Notice is hereby given that on October 03, 2013, in the case of <u>U.S. v. COREY L. RILEY</u>, Court Case Number 12-CR-00010-MSK, the United States District Court for the District of Colorado entered an Order condemning and forfeiting the following property to the United States of America:

Keltec, CNC Industries, Inc P3AT Pistol CAL:380 SN:KMB22 (11-ATF-021509) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

Ruger SP101 Revolver CAL:357 SN:572-38900 (11-ATF-021510) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

Radom P35 Pistol CAL:9 SN:D9648 (11-ATF-021511) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

Winchester 70 Rifle CAL:30.06 SN:171340 (11-ATF-021512) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

Smith & Wesson 469 Pistol CAL:9 SN:TAZ9166 (11-ATF-021513) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

SWD M11/9 Pistol CAL:9 SN:89-0006366 (11-ATF-021515) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

Smith & Wesson 29 Revolver CAL:44 SN:BEZ7483 (11-ATF-021516) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

23 Rounds Assorted Ammunition CAL:Unknown (11-ATF-021517), including the following items: 6 6 Rounds Assorted Ammunition CAL:44; 12 12 Rounds Winchester-Western Ammunition CAL:9; 5 5 Rounds Assorted Ammunition CAL:357 which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

$1,800.00 U.S. Currency converted to Cashier's check 0478808823 (11-ATF-030402) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

$2,400.00 U.S. Currency converted to Cashier's check 0478808823 (11-ATF-030403) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

$1,600.00 U.S. Currency converted to Cashier's check 0478808823 (11-ATF-030404) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

$80.00 U.S. Currency converted to Cashier's check 0478808823 (11-ATF-030405) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

$100.00 U.S. Currency converted to Cashier's check 0478808823 (11-ATF-030406) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

$10,980.00 U.S. Currency converted to Cashier's check 0478808823 (11-ATF-030408) which was seized from Corey (Corn Dog) Riley on July 14, 2011 at 2331 Pontiac St, located in Denver, CO

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 08, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 901 19th Street, Denver, CO 80294, and a copy served upon Assistant United States Attorney James Russell, 1225 17th Street, Ste 700, Denver, CO 80202. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.