IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.    COREY L. RILEY,

    Defendant.

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT COREY L. RILEY

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Defendant Corey L. Riley. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), as set forth in the Second Superseding Indictment returned on June 5, 2012 and the Information filed on November 29, 2012;

THAT a Preliminary Order of Forfeiture as to Defendant Corey L. Riley was granted by the Court as to the following property on October 3, 2013:

    a.    Miscellaneous firearms and ammunition seized on July 14, 2011 from Corey Riley, at 2331 Pontiac Street, Denver, Colorado; and

    b.    $16,960.00 in United States Currency seized on July 14, 2011 from Corey Riley at 2331 Pontiac Street, Denver, Colorado;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing, has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following shall enter in favor of the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), free from the claims of any other party:

    a.   Miscellaneous firearms and ammunition seized on July 14, 2011 from Corey Riley, at 2331 Pontiac Street, Denver, Colorado; and

    b.   $16,960.00 in United States Currency seized on July 14, 2011 from Corey Riley at 2331 Pontiac Street, Denver, Colorado;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of them in accordance with law;

SO ORDERED this _____ day of _____, 20__.

BY THE COURT:

_____
MARCIA S. KRIEGER
U.S. District Court Chief Judge