June 17, 2016



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2016

JEFFREY P. COLWELL
CLERK

Dear Honorable Judge Marcia Krieger,

Your honor, I am writing to petition the court for an early release from probation. On April 1, 2014 I was released from FCI Englewood after serving a 27 month sentence. Since that time I have secured gainful employment and have rejoined society as a positive and productive member. I also assist in daily living skills to both of my elderly ill parents and attend Odom memorial church.

Thus far I have succeeded in my release plans. My company bids several out of state jobs that unfortunately I have to turn down due to my travel restrictions. Until I am able to travel I have not been a candidate for any promotion that has been offered.

Due to the fact that my sentence is almost expired and during that time I have not had one single incident I am respectfully asking the courts to release my previous order and my probation be discharged.

Thank you for your consideration in this matter.

Respectfully,

Mr. Corey Riley

3002 N Gaylord Street

Denver, Co 80205

Inmate # 38216013

Case # 12CR00010MSK13

Corey Riley
3002 N. Gaylord St.
Den. Colo. 80205

DENVER CO 802
17 SEP 2016 PM 7 L

80294-250151

U.S. District Court
Attn: Honorable Marcia S. Krieger
901 19th Street
Denver, Co 80294

