

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE

**LAVETRA A. CASTLES**
**Chief U.S. Probation Officer**

**Byron G. Rogers U.S. Courthouse**
**1929 Stout Street, Suite C-120**
**Denver, CO 80294-0101**
**Phone: (303) 844-5424**

**212 North Wahsatch Avenue, Suite 300**
**Colorado Springs, CO 80903-3476**
**Phone: (719) 471-3387**

ELIZABETH MILLER
**Deputy Chief U.S. Probation Officer**

**400 Rood Avenue, Room 309**
**Grand Junction, CO 81501-2520**
**Phone: (970) 245-5396**

**103 Sheppard Drive, Suite 206**
**Durango, CO 81303-3439**
**Phone: (970) 385-9564**

October 4, 2016

RESPOND TO:   Denver

RE:     Defendant:   Corey L. **RILEY**
        Docket No.: 1:12CR00010-13
        **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF**
        **SUPERVISED RELEASE [Document 1070]**

This report is in response to the defendant's motion for early termination from supervised release filed September 19, 2016.

The defendant has been on supervision for 26 months, which makes him statutorily eligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1).  According to the criteria approved by the Judicial Conference Committee on Criminal Law and subsequently adopted by this District, the defendant is not suitable for early termination because his Risk Predictor Index (RPI) score is 6.  Those criteria are as follows:

1.      The defendant poses no identifiable risk to the safety of any identifiable victim;
2.      The defendant poses no identifiable risk to public safety based on a RPI score of 0 or 1;
3.      The defendant has no history of violence;
4.      The defendant did not have an aggravated role in the offense of conviction;
5.      The offender has maintained stable residence and employment for at least one year;
6.      The defendant has made progressive strides toward supervision objectives and has been in substantial compliance with all conditions of supervision for at least one year;
7.      The defendant has no pending charges, and no arrests or convictions within the past year; and
8.      The defendant has had no psychiatric episodes or evidence of alcohol or drug abuse within the past year.

The defendant's RPI score of six (6), correlates with a recidivism rate of 48.1%, which is approximately six times greater than the recidivism rate for a defendant with an RPI score of one (1), 8.4%.  While the defendant does not technically meet the criteria for early termination, he has done very well on supervised release and has not incurred any violations.  He has maintained stability in residence throughout his supervision period.  The defendant is employed with Colorado Specialties.  He has always reported as directed and has never submitted a positive urinalysis.  His special assessment fee is paid in full.

If it were not for his RPI score, a static risk predictor, the defendant would be a good candidate for early termination from supervised release.  On September 30, 2016, I spoke with Assistant U.S. Attorney Guy Till, and he agreed with U.S. Probation's stance.

Should the Court have any questions regarding the above, please contact this officer at 303-335-2408.


Respectfully Submitted,

*s/Ryan P. Henry*
Ryan P. Henry
United States Probation Officer

Approved:

*s/Gary W. Phillips*
Gary W. Phillips
Supervisory United States Probation Officer