# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:12CR00010-13

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

COREY L. RILEY,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

      On September 19, 2016, the defendant submitted a letter to the Court petitioning for early termination of supervised release in this case. The Government responded in support of the U.S. Probation Office's position that the defendant has done well on supervision and would be a good candidate for early termination if not for his RPI score of six. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in this matter be terminated.

      DATED at Denver, Colorado, this _____ day of October, 2016.

                                                        BY THE COURT:

                                                      _____

                                                      Marcia S. Krieger
                                                      Chief United States District Judge