UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARELL R. PARKER,
12.   CALVIN R. RILEY,
13.   **COREY L. RILEY**,
14.   THOMAS A. SCHRAH, JR.,
15.   JAMES R. SWITZER, and
16.   CLIFFORD M. WRIGHT,

    Defendants.

---

## ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

On September 19, 2016, the Defendant submitted a letter to the Court petitioning for early termination of supervised release in this case. The Government responded in support of the U.S. Probation Office's position that the Defendant has done well on supervision and would be a good candidate for early termination if not for his RPI score of six. Accordingly,

IT IS ORDERED that the Defendant be discharged from supervised release and that the proceedings in this matter be terminated as to Defendant.

DATED this 17th day of November, 2016.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Court